# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

# United States Bankruptcy Court
## Western District of Washington

In re    Werner E. Klee & Kathleen J. Klee

_____

Debtor

Case No. _____

Chapter   _7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 6 | $ 6,407,999.00 | | |
| B – Personal Property | YES | 3 | $ 44,565.98 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 9 | | $ 6,016,383.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 231,312.01 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 785.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 1,145.00 |
| **TOTAL** | | 31 | $ 6,452,564.98 | $ 6,247,695.01 | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

# United States Bankruptcy Court
## Western District of Washington

In re   Werner E. Klee & Kathleen J. Klee          Case No. _____

Debtor

Chapter    7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ 785.00 |
| Average Expenses (from Schedule J, Line 18) | $ 1,145.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 606,100.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 231,312.01 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 837,412.01 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

In re  Werner E. Klee & Kathleen J. Klee _____  Case No. _____
_____
**Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Home/primary residence 138 Sholes Dr Curtis, WA 98538 | Fee Simple | C | 390,000.00 | 318,000.00 |
| 129 Anderson Hill Rd Curtis, WA 98538 Listed for sale with Chehalis Valley Realty | Fee Simple | C | 299,999.00 | 174,000.00 |
| 155 Anderson Hill Rd Curtis, WA 98538 Listed for sale with Chehalis Valley Realty | Fee Simple | C | 399,000.00 | 202,600.00 |
| 167 Anderson Hill Rd Curtis, wA 98538 Listed for sale with Chehalis Valley Realty | Fee Simple | C | 399,000.00 | 206,900.00 |
| Duplex in Rheinau-Holzhausen, Germany | | C | 200,000.00 | 200,000.00 |
| | | Total | | |

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

B6A (Official Form 6A) (12/07)

In re <u>Werner E. Klee & Kathleen J. Klee</u>     Case No. _____
            **Debtor**                                        **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Value in Euros | | | | |
| Condo in Neuweier-Baden, Germany | | C | 100,000.00 | 100,000.00 |
| Value in Euros | | | | |
| 115 A Beaver Creek Rd<br>Curtis, WA 98538<br><br>Flooded Dec 2007 | Fee Simple | C | 250,000.00 | 178,600.00 |
| 620 Boistfort Rd<br>Curtis, WA 98538<br><br>Flooded Dec 2007 | Fee Simple | C | 250,000.00 | 255,700.00 |
| 626 Boistfort Rd<br>Chehalis, WA 98532<br><br>Flooded Dec 2007 | Fee Simple | C | 250,000.00 | 220,673.00 |
| 170 Beville Rd<br>Curtis, WA 98538 | Fee Simple | C | 250,000.00 | 268,500.00 |
| 627 A Boistfort Rd<br>Curtis WA 98538 | Fee Simple | C | 250,000.00 | 288,800.00 |
| 613 B Boistfort Rd<br>Curtis, WA 98538 | Fee Simple | C | 250,000.00 | 258,200.00 |

Total _____

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744  -  31090 - Adobe PDF

In re  Werner E. Klee & Kathleen J. Klee                    Case No. _____
        **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 627 B Boistfort Rd<br>Curtis, WA 98538 | Fee Simple | C | 250,000.00 | 262,200.00 |
| 116 Alder Ridge Rd<br>Curtis, WA 98538<br><br>Vacant - no current rent income | Fee Simple | C | 250,000.00 | 239,110.00 |
| 108 Alder Ridge Rd<br>Chehalis, WA 98532 | Fee Simple | C | 250,000.00 | 293,100.00 |
| 627 C Boistfort<br>Curtis, WA 98538 | Fee Simple | C | 250,000.00 | 271,925.00 |
| 116-13 Alder Ridge Rd<br>Curtis, WA 98538 | Fee Simple | C | 250,000.00 | 258,500.00 |
| 116-14 Alder Ridge Rd<br>Curtis, WA 98538 | Fee Simple | C | 250,000.00 | 210,700.00 |
| 595-34 Boistfort Rd<br>Curtis, WA 98538 | Fee Simple | C | 250,000.00 | 246,375.00 |
| 598 Boistfort Rd<br>Curtis, WA 98538-9720 | Fee Simple | C | 250,000.00 | 202,500.00 |
| Parcel 019645002002<br>about 5 acres with 3 septics<br>Part of Curtis Mobile Home Park,<br>but no mobile homes on it currently<br><br>Flooded Dec 2007<br>Lien disputed | Fee Simple | C | 40,000.00 | 185,000.00 |

Total

(Report also on Summary of Schedules.)

In re   Werner E. Klee & Kathleen J. Klee                    Case No. _____
              **Debtor**                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Parcel 019112004002<br>5 acres raw land<br><br>Flooded Dec 2007<br>Lien disputed | Fee Simple | C | 30,000.00 | 32,000.00 |
| Parcel 019114005000<br>5 acres raw land<br><br>Lien disputed | Fee Simple | C | 50,000.00 | 185,000.00 |
| Parcels 019117001002, 019117001003, and 019117001004<br>14 acres with septic<br><br>Lien disputed | Fee Simple | C | 150,000.00 | 60,000.00 |
| Lot 019120006000<br>5 acres land with septic<br><br>Lien disputed | Fee Simple | C | 50,000.00 | 185,000.00 |
| Parcel 019120001300 and 019120001400<br>10 acres raw land | Fee Simple | C | 100,000.00 | 70,000.00 |
| Parcels 016158005006, 016158005011, 016158005002, and 016158005001<br>24 acres land with septic<br><br>Lien disputed | Fee Simple | C | 200,000.00 | 184,000.00 |

Total

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

In re  Werner E. Klee & Kathleen J. Klee                    Case No. _____
              **Debtor**                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY
## (Continuation Page)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Parcel 016166002000<br>21 acres raw land (lot 2)<br><br>Lien disputed | Fee Simple | C | 50,000.00 | 50,000.00 |
| Parcel 016166001000<br>21 acres raw land (Lot 1)<br><br>Lien disputed | Fee Simple | C | 70,000.00 | 70,000.00 |
| Parcels 016166004000/5000<br>21 acres and 27-35 acres (not surveyed) | Fee Simple | C | 140,000.00 | 170,000.00 |
| Parcel 019120009000<br>5 acres raw land | Fee Simple | C | 30,000.00 | 25,000.00 |
| Parcel 019120007000<br>5 acres raw land | Fee Simple | C | 30,000.00 | 25,000.00 |
| Parcel 019120001600<br>5 acres raw land | Fee Simple | C | 30,000.00 | 25,000.00 |
| 3 parcels raw land, 5 acres each, with septics | Fee Simple | C | 90,000.00 | 94,000.00 |
| Parcel 019120010000<br>5 acres raw land | Fee Simple | C | 30,000.00 | 34,000.00 |
| Parcel 01912002000<br>5 acres raw land | Fee Simple | C | 30,000.00 | 17,000.00 |

Total ➤

| 6,407,999.00 |
|---|

(Report also on Summary of Schedules.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

In re   Werner E. Klee & Kathleen J. Klee         Case No. _____
_____
        **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | Proceeds from sale of 2 acres with mobile home<br>Debtor's possession | C | 31,065.98 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank accounts<br>Bank of America | C | 1,200.00 |
| | | Bank account<br>Security State Bank | C | 300.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Ordinary and usual household goods<br>Debtor's possession | C | 8,000.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Ordinary and usual clothing<br>Debtor's possession | C | 2,000.00 |
| 7.  Furs and jewelry. | | Misc jewelry<br>Debtor's possession | C | 500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

In re  Werner E. Klee & Kathleen J. Klee                          Case No.
                        **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | | Potential claim against Ron Hanson | C | Unknown |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744  -  31090 - Adobe PDF

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

**In re** <u>Werner E. Klee & Kathleen J. Klee</u>  **Case No.** _____
   **Debtor**               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1990 Mercedes<br>Debtor's possession<br>previously flooded | C | 500.00 |
| | | 1983 Mercedes<br>Debtor's possession<br>previously flooded | C | 500.00 |
| | | 2 vehicles destroyed in flood<br>Debtor's possession<br>1982 Mercedes, and 1985 Ford pickup | C | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

         <u>    0    </u> continuation sheets attached  Total  $  44,565.98

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B6C (Official Form 6C) (12/07)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☑ 11 U.S.C. § 522(b)(2)          ☐ Check if debtor claims a homestead exemption that exceeds
☐ 11 U.S.C. § 522(b)(3)                $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1990 Mercedes | 11 U.S.C. 522(d)(2) | 500.00 | 500.00 |
| 1983 Mercedes | 11 U.S.C. 522(d)(2) | 500.00 | 500.00 |
| Home/primary residence | 11 U.S.C. 522(d)(1) | 10,075.00 | 390,000.00 |
|  | 11 U.S.C. 522(d)(1) | 10,975.00 |  |
| Bank accounts | 11 U.S.C. 522(d)(5) | 1,200.00 | 1,200.00 |
| Ordinary and usual household goods | 11 U.S.C. 522(d)(3) | 8,000.00 | 8,000.00 |
| Ordinary and usual clothing | 11 U.S.C. 522(d)(3) | 2,000.00 | 2,000.00 |
| Misc jewelry | 11 U.S.C. 522(d)(4) | 500.00 | 500.00 |
| Proceeds from sale of 2 acres with mobile home | 11 U.S.C. 522(d)(5) | 10,000.00 | 31,065.98 |
|  | 11 U.S.C. 522(d)(5) | 10,000.00 |  |
| Bank account | 11 U.S.C. 522(d)(5) | 300.00 | 300.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

**In re** _Werner E. Klee & Kathleen J. Klee_____,  **Case No.** _____

_____Debtor_____                                                      (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0037592466<br><br>Aurora Loan Svc Bkty Dept<br>2617 College Park<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 | | C | Incurred: 02/2006<br>Lien: First Mortgage<br>Security: 129 Anderson Hill Rd<br>pmts $1474.59/mo - past due<br><br>VALUE $    280,000.00 | | | | 174,000.00 | 0.00 |
| ACCOUNT NO. 0019706282<br><br>Aurora Loan Svc Bkty Dept<br>2617 College Park<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 | | C | Incurred: 01/2005<br>Lien: First Mortgage<br>Security: 595-34 Boistfort Rd<br>pmts $1156.39/mo - past due<br><br>VALUE $    250,000.00 | | | | 156,300.00 | 0.00 |
| ACCOUNT NO. 0123213258<br><br>Aurora Loan Svc Bkty Dept<br>2617 College Park<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 | | C | Incurred: 11/2006<br>Lien: First Mortgage<br>Security: 116-13 Alder Ridge Rd<br>pmts $1175.54/mo - past due<br><br>VALUE $    250,000.00 | | | | 258,500.00 | 8,500.00 |

__8__ continuation sheets attached

Subtotal ▶ | $ 588,800.00 | $ 8,500.00
(Total of this page)

Total ▶ | $ | $
(Use only on last page)

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

In re ___Werner E. Klee & Kathleen J. Klee_____ ,     Case No. _____

              **Debtor**                                                     **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0021507314 Aurora Loan Svc Bkty Dept 2617 College Park PO Box 1706 Scottsbluff, NE 69363-1706 | C | | Incurred: 03/2006 Lien: First Mortgage Security: 627 B Boistfort Rd pmts $1380.21/mo - past due | | | | 262,200.00 | 12,200.00 |
| | | | VALUE $ 250,000.00 | | | | | |
| ACCOUNT NO. 0021921531 Aurora Loan Svc Bkty Dept 2617 College Park PO Box 1706 Scottsbluff, NE 69363-1706 | C | | Incurred: 03/2007 Lien: First Mortgage Security: 620 Boistfort Rd pmts $1295.52/mo - past due | | | | 255,700.00 | 5,700.00 |
| | | | VALUE $ 250,000.00 | | | | | |
| ACCOUNT NO. 022281867 Bank of America PO Box 5170 Simi Valley, CA 93062-5170 | C | | Incurred: 06/2007 Lien: Second Mortgage Security: 116 Alder Ridge Rd | | | | 84,110.00 | 0.00 |
| | | | VALUE $ 250,000.00 | | | | | |
| ACCOUNT NO. 022257536 Bank of America PO Box 5170 Simi Valley, CA 93062-5170 | C | | Incurred: 01/2007 Lien: Second Mortgage Security: 595-34 Boistfort Rd past due | | | | 90,075.00 | 75.00 This amount based upon existence of Superior Liens |
| | | | VALUE $ 250,000.00 | | | | | |
| ACCOUNT NO. 5012091 Bank United FSB PO Box 02-8569 Miami, FL 33102 | C | | Incurred: 08/2006 Lien: First Mortgage Security: 1700 Beville Rd pmts $1179.28/mo - past due | | | | 268,500.00 | 18,500.00 |
| | | | VALUE $ 250,000.00 | | | | | |

Sheet no. _1_ of _8_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) (Total(s) of this page) | $ 960,585.00 | $ |
| Total(s) (Use only on last page) | $ | $ |

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

**B6D (Official Form 6D) (12/07) – Cont.**

In re __Werner E. Klee & Kathleen J. Klee_____,  Case No. _____
        **Debtor**                                             **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00447021939486<br><br>Chase<br>Attn Home Equity Loan Svcg<br>PO Box 24714<br>Columbus, OH 43224 | | C | Incurred: 07/2006<br>Lien: Deed of Trust<br>Security: 627 C Boistfort<br><br>VALUE $     250,000.00 | | | | 95,025.00 | 20,025.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 1960942803<br><br>Chase Home Finance<br>PO Box 24696<br>Columbus, OH 43224-4696 | | C | Incurred: 12/2007<br>Lien: First Mortgage<br>Security: 116-14 Alder Ridge Rd<br>pmts $1573.55/mo - past due<br><br>VALUE $     250,000.00 | | | | 210,700.00 | 0.00 |
| ACCOUNT NO.<br><br>Frontier Northwest Land Co<br>9221 N Division Suite B<br>Spokane, WA 99218 | | C | Lien: Deed of Trust<br>Security: Lots 19120-13 and 19120-14<br><br>VALUE $     100,000.00 | | | | 70,000.00 | 0.00 |
| ACCOUNT NO. 0307708192<br><br>GMAC Mortgage<br>Attn:  Customer Care<br>PO Box 4622<br>Waterloo, IA 50704-4622 | | C | Incurred: 05/2006<br>Lien: First Mortgage<br>Security: 627 A Boistfort Rd<br>pmst $1231.50/mo -past due<br><br>VALUE $     250,000.00 | | | | 261,700.00 | 11,700.00 |
| ACCOUNT NO. 0359312008<br><br>GMAC Mortgage<br>Attn:  Customer Care<br>PO Box 4622<br>Waterloo, IA 50704-4622 | | C | Incurred: 06/2006<br>Lien: First Mortgage<br>Security: 108 Alder Ridge Rd<br>pmts $1198.25/mo - past due<br><br>VALUE $     250,000.00 | | | | 293,100.00 | 43,100.00 |

Sheet no. _2_ of _8_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)
(Total(s) of this page)    $   930,525.00    $

Total(s)
(Use only on last page)    $      $

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

In re    Werner E. Klee & Kathleen J. Klee                    ,        Case No. _____
                        **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0307375699 <br><br> GMAC Mortgage <br> Attn:  Customer Care <br> PO Box 4622 <br> Waterloo, IA 50704-4622 | | C | Incurred: 05/2003 <br> Lien: First Mortgage <br> Security: 116 Alder Ridge Rd <br> pmts $1125.76/mo - payments current <br><br> VALUE $          250,000.00 | | | | 155,000.00 | 0.00 |
| ACCOUNT NO. 0473854115 <br><br> GMAC Mortgage <br> Attn:  Customer Care <br> PO Box 4622 <br> Waterloo, IA 50704-4622 | | C | Incurred: 05/2007 <br> Lien: First Mortgage <br> Security: 613 B Boistfort Rd <br> pmts $1,941/mo - past due <br><br> VALUE $          250,000.00 | | | | 258,200.00 | 8,200.00 |
| ACCOUNT NO. 741618xxxx <br><br> GMAC Mortgage <br> Attn:  Customer Care <br> PO Box 4622 <br> Waterloo, IA 50704-4622 | | C | Incurred: 09/2002 <br> Lien: First Mortgage <br> Security: 627 C Boistfort <br> pmts $1,332/mo - past due <br><br> VALUE $          250,000.00 | | | | 176,900.00 | 0.00 |
| ACCOUNT NO. 8307052090 <br><br> GMAC Mortgage <br> PO Box 4622 <br> Waterloo, IA 50704-4622 | | C | Incurred: 05/2006 <br> Lien: Deed of Trust <br> Security: 627 A Boistfort Rd <br><br> VALUE $          250,000.00 | | | | 27,100.00 | 27,100.00 This amount based upon existence of Superior Liens |
| ACCOUNT NO. 0414504258 <br><br> Homecomings Financial <br> Bankruptcy Dept <br> PO Box 939072 <br> San Diego, CA 92193-9072 | | C | Lien: First Mortgage <br> Security: 626 Boistfort Rd <br> pmts $1393.80/mo - past due <br><br> VALUE $          250,000.00 | | | | 174,300.00 | 0.00 |

Sheet no. _5_ of _8_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)         $   791,500.00    $

Total(s)
(Use only on last page)         $                        $

(Report also on Summary of Schedules.)        (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

In re    Werner E. Klee & Kathleen J. Klee                ,          Case No. _____
              **Debtor**                                                                 **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Karlsruher Lebensversicherung AG Germany | | C | Security: Duplex in Rheinau-Holzhausen, Germany <br><br> VALUE $ 200,000.00 | | | | 200,000.00 | 0.00 |
| ACCOUNT NO. <br><br> Karlsruher Lebensversicherung AG Germany | | C | Security: Condo in Neuweier-Baden, Germany <br><br> VALUE $ 100,000.00 | | | | 100,000.00 | 0.00 |
| ACCOUNT NO. <br><br> Madrona Mortgage 4405 7th Ave SE, Ste 305 Lacey, WA 98503 | | C | Lien: First Mortgage Security: Home/primary residence <br><br> VALUE $ 414,300.00 | | | | 318,000.00 | 0.00 |
| ACCOUNT NO. <br><br> Madrona Mortgage 4405 7th Ave SE, Ste 305 Lacey, WA 98503 | | C | Security: Lot 19645-2-2 <br><br> VALUE $ 40,000.00 | | | | 185,000.00 | 145,000.00 |
| ACCOUNT NO. <br><br> Madrona Mortgage 4405 7th Ave SE, Ste 305 Lacey, WA 98503 | | C | Security: Lot 19112-4-2 <br><br> VALUE $ 30,000.00 | | | X | 32,000.00 | 2,000.00 |

Sheet no. __4__ of __8__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (s) (Total(s) of this page) | $ 835,000.00 | $ |
| Total(s) (Use only on last page) | $ | $ |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

In re __Werner E. Klee & Kathleen J. Klee_____ ,     Case No. _____

        **Debtor**                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Madrona Mortgage <br> 4405 7th Ave SE, Ste 305 <br> Lacey, WA 98503 | C | | Security: Lot 19114-5 <br><br><br><br> VALUE $      50,000.00 | | | X | 185,000.00 | 135,000.00 |
| ACCOUNT NO. <br><br> Madrona Mortgage <br> 4405 7th Ave SE, Ste 305 <br> Lacey, WA 98503 | C | | Security: Lots 19117-1-2, 19117-1-3, and 19117-1-4 <br><br><br> VALUE $     150,000.00 | | | X | 60,000.00 | 0.00 |
| ACCOUNT NO. <br><br> Madrona Mortgage <br> 4405 7th Ave SE, Ste 305 <br> Lacey, WA 98503 | C | | Security: Lot 19120-6 <br><br><br><br> VALUE $      50,000.00 | | | X | 185,000.00 | 135,000.00 |
| ACCOUNT NO. <br><br> Madrona Mortgage <br> 4405 7th Ave SE, Ste 305 <br> Lacey, WA 98503 | C | | Security: Lot 16166-1 (21 acres with addition) <br><br><br> VALUE $      70,000.00 | | | X | 70,000.00 | 0.00 |
| ACCOUNT NO. <br><br> Madrona Mortgage <br> 4405 7th Ave SE, Ste 305 <br> Lacey, WA 98503 | C | | Security: Lot 16166-2 <br><br><br><br> VALUE $      50,000.00 | | | X | 50,000.00 | 0.00 |

Sheet no. _5_ of _8_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)
(Total(s) of this page)      $ 550,000.00    $

Total(s)
(Use only on last page)       $      $

(Report also on     (If applicable, report
Summary of Schedules)   also on Statistical
                  Summary of Certain
                  Liabilities and Related
                  Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

In re___Werner E. Klee & Kathleen J. Klee_____,    Case No. _____
              **Debtor**                                           **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Madrona Mortgage<br>4405 7th Ave SE, Ste 305<br>Lacey, WA 98503 | | C | Security: Lots 16158-5-6, 16158-5-11. 16158-5-2, and 16158-5-1 <br><br>VALUE $      200,000.00 | | | | 184,000.00 | 0.00 |
| ACCOUNT NO. <br><br>Puget Sound Investors LLC<br>1301 Riverside Drive, Suite A2<br>Mount Vernon, WA 98273 | | C | Security: 3 parcels raw land, 5 acres each, with septics <br><br>VALUE $      90,000.00 | | | | 94,000.00 | 4,000.00 |
| ACCOUNT NO. <br><br>Puget Sound Investors LLC<br>1301 Riverside Drive, Suite A2<br>Mount Vernon, WA 98273 | | C | Security: Parcel 019120001600 5 acres raw land <br><br>VALUE $      30,000.00 | | | | 25,000.00 | 0.00 |
| ACCOUNT NO. <br><br>Puget Sound Investors LLC<br>1301 Riverside Drive, Suite A2<br>Mount Vernon, WA 98273 | | C | Security: Parcel 019120007000 5 acres raw land <br><br>VALUE $      30,000.00 | | | | 25,000.00 | 0.00 |
| ACCOUNT NO. <br><br>Puget Sound Investors LLC<br>1301 Riverside Drive, Suite A2<br>Mount Vernon, WA 98273 | | C | Security: Parcel 019120009000 5 acres raw land <br><br>VALUE $      30,000.00 | | | | 25,000.00 | 0.00 |

Sheet no. _6_ of _8_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)        $ 353,000.00   $
(Total(s) of this page)

Total(s)        $         $
(Use only on last page)

(Report also on    (If applicable, report
Summary of Schedules)  also on Statistical
                  Summary of Certain
                  Liabilities and Related
                  Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

In re ___Werner E. Klee & Kathleen J. Klee_____,        Case No. _____
         **Debtor**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Sean and Regina Nugent <br> 2460-91 Wildwood Rd <br> Curtis, WA 98538-9715 | | C | Incurred: 2005 <br> Lien: Real Estate Contracts <br> Security: Parcels 016166004000/5000 <br> 21 acres and 27-35 acres (not surveyed) <br><br> VALUE $      140,000.00 | | | | 170,000.00 | 30,000.00 |
| ACCOUNT NO. 0000-3000-113-785 <br><br> US Bank <br> PO Box 2188 <br> Oshkosh, WI 54903-2188 | | C | Incurred: 12/2002 <br> Lien: Second Mortgage <br> Security: 626 Boistfort Rd <br><br> VALUE $      250,000.00 | | | | 46,373.00 | 0.00 |
| ACCOUNT NO. 47539127 <br><br> Wachovia <br> Attn Loan Svc Customer Support <br> PO Box 659558 <br> San Antonio, TX 78265-9558 | | C | Incurred: 11/2007 <br> Lien: First Mortgage <br> Security: 598 Boistfort Rd <br> pmts $1447.17/mo - past due <br><br> VALUE $      250,000.00 | | | | 202,500.00 | 0.00 |
| ACCOUNT NO. 47539093 <br><br> Wachovia <br> Attn Loan Svc Customer Support <br> PO Box 659558 <br> San Antonio, TX 78265-9558 | | C | Incurred: 10/2007 <br> Lien: First Mortgage <br> Security: 155 Anderson Hill Rd <br> pmts $1288.90/mo - past due <br><br> VALUE $      350,000.00 | | | | 202,600.00 | 0.00 |
| ACCOUNT NO. 48547962 <br><br> Wachovia <br> Attn Loan Svc Customer Support <br> PO Box 659558 <br> San Antonio, TX 78265-9558 | | C | Incurred: 05/2008 <br> Lien: First Mortgage <br> Security: 115 A Beaver Creek Rd <br> pmts $1014.37/mo - past due <br><br> VALUE $      250,000.00 | | | | 178,600.00 | 0.00 |

Sheet no. _/_ of _8_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)   $   800,073.00    $
(Total(s) of this page)

Total(s)   $         $
(Use only on last page)

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**B6D (Official Form 6D) (12/07) – Cont.**

In re   Werner E. Klee & Kathleen J. Klee _____,          Case No. _____
             **Debtor**                                                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0175404482 <br><br> Wells Fargo Home Mortg <br> PO Box 10335 <br> DesMoines, IA 50306 | | C | Incurred: 02/2008 <br> Lien: First Mortgage <br> Security: 167 Anderson Hill <br> pmts $1654.24/mo - past due <br><br> VALUE $        350,000.00 | | | | 206,900.00 | 0.00 |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. __8__ of __8__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (s) <br> (Total(s) of this page) | $  206,900.00 | $        0.00 |
|---|---|---|---|
|  | Total(s) <br> (Use only on last page) | $ 6,016,383.00 | $  606,100.00 |
|  |  | (Report also on <br> Summary of Schedules) | (If applicable, report <br> also on Statistical <br> Summary of Certain <br> Liabilities and Related <br> Data.) |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

In re Werner E. Klee & Kathleen J. Klee _____, Case No._____

Debtor                                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

**B6E (Official Form 6E) (12/07) - Cont.**

In re  Werner E. Klee & Kathleen J. Klee
_____,    Case No._____
                            Debtor                                                                 (if known)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

☐  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

0
____ **continuation sheets attached**

In re ___Werner E. Klee & Kathleen J. Klee_____ ,    Case No. _____
    **Debtor**                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4264 2877 3252 0685<br><br>Bank of America<br>PO Box 15026<br>Wilmington, DE 19850 | | | Consideration: Credit card debt | | | | 6,438.14 |
| ACCOUNT NO.  4339 9314 5898 5868<br><br>Bank of America<br>PO Box 15184<br>Wilimington, DE 19850-5184 | | | Consideration: Credit card debt | | | | 9,279.61 |
| ACCOUNT NO.  5490 3503 3100 3744<br><br>Bank of America<br>PO Box 15026<br>Wilmington, DE 19850 | | | Consideration: Credit card debt | | | | 19,436.43 |
| ACCOUNT NO.<br><br>Big Dig Excavation<br>Attn Norm Mays<br>5011 222nd Ave SW<br>Centralia, WA 98531 | | | excavating services | | | | 3,800.00 |

___5___ continuation sheets attached         Subtotal ➤ | $ | 38,954.18

                            Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

In re <u>Werner E. Klee & Kathleen J. Klee</u>,        Case No. _____
       **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3601<br><br>Central Television & Appliances<br>435 NW Chehalis Ave<br>Chehalis, WA 98532 | | | appliances for rentals | | | | 2,401.00 |
| ACCOUNT NO. 4246 3151 3929 1841<br><br>Chase<br>PO Box 15298<br>Wilmington, DE 19850 | | | Consideration: Credit card debt | | | | 15,913.04 |
| ACCOUNT NO. 4388 5230 4376 2611<br><br>Chase<br>PO Box 15298<br>Wilmington, DE 19850 | | | Consideration: Credit card debt<br>United Mileage Plus card | | | | 25,169.56 |
| ACCOUNT NO. 012672<br><br>Chehalis Rentals<br>388 NW Louisiana Ave<br>Chehalis, WA 98532 | | | rental of equipment | | | | 2,863.92 |
| ACCOUNT NO.<br><br>Citi Cards<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 | | | re Home Depot accounts | | | | Notice Only |

Sheet no. <u>1</u> of <u>5</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   46,347.52

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

In re <u>Werner E. Klee & Kathleen J. Klee</u>,          Case No. _____

                      **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4195<br><br>Cutright Supply<br>1170 12th Ave<br>Longview, wA 98632 | | | building materials | | | | 18,918.83 |
| ACCOUNT NO. xxx4158<br><br>Discover Card<br>PO Box 30943<br>Salt Lake City, UT 84130 | | | Consideration: Credit card debt | | | | 1,651.82 |
| ACCOUNT NO.<br><br>Graystone Partners, LLC<br>893- SW 40th Ave #7<br>Portland, OR 97219 | | | alternate notice address re Hardel Builders | | | | Notice Only |
| ACCOUNT NO. 09-8766<br><br>Hardel Builders Center Inc<br>2321 Harrison Ave<br>Olympia, WA 98502 | | | building materials | | | | 9,658.43 |
| ACCOUNT NO. 926100-06-153766-7<br><br>HFC Customer Service<br>PO Box 3425<br>Buffalo, NY 14240-9733 | | | Consideration: Line of credit | | | | 8,502.32 |

Sheet no. <u>2</u> of <u>5</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 38,731.40

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re <u>Werner E. Klee & Kathleen J. Klee</u> ,     Case No. _____
      **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Home Carpet Warehouse, inc<br>1793 NE Kresky Ave<br>Chehalis, WA 98532 | | | home materials | | | | 8,109.93 |
| ACCOUNT NO. 6035 3201 4499 1377<br><br>Home Depot Credit Services<br>PO Box 653000<br>Dallas, TX 75265-3000 | | | Consideration: Credit card debt | | | | 18,683.64 |
| ACCOUNT NO. 6035 3202 5086 4681<br><br>Home Depot Credit Services<br>PO Box 653000<br>Dallas, TX 75265-3000 | | | Consideration: Credit card debt | | | | 8,257.44 |
| ACCOUNT NO. 6035 3201 4499 1377<br><br>Home Depot Credit Services<br>PO Box 653000<br>Dallas, TX 75265-3000 | | | Consideration: Credit card debt | | | | 19,204.54 |
| ACCOUNT NO.<br><br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | | | | | | | Notice Only |

Sheet no. __3__ of __5__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

               Subtotal ➤ | $    54,255.55

               Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

In re  Werner E. Klee & Kathleen J. Klee                    ,          Case No. _____
              **Debtor**                                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Michael G. Gusa<br>1405 Harrison Ave NW, Ste 207<br>Olympia, WA 98502 | | | Consideration:<br>Attorney for Sean and Regina Nugent | | | | Notice Only |
| ACCOUNT NO.  KLE626<br>Moerke & Sons Pump & Drilling Inc<br>900 NW State Ave<br>Chehalis, WA 98532 | | | Consideration:<br>well services on 626 Boistfort Rd | | | | 6,069.06 |
| ACCOUNT NO.<br>Potter Electric<br>PO Box 697<br>Centralia, WA 98531 | | | electrical services | | | | 2,500.00 |
| ACCOUNT NO.  80122997<br>United Collection Bureau, Inc<br>5620 Southwyck Blvd Ste 206<br>Toledo, OH 43614 | | | Collecting for Chase acct no. 4246 3151 3929 1841 | | | | Notice Only |
| ACCOUNT NO.  662 6078451<br>Wells Fargo Bank NA<br>C/O Customer Management<br>PO Box 95225<br>Albuquerque, NM 87199-5225 | | | Consideration: Personal loan | | | | 9,559.95 |

Sheet no.  4   of  5   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $ | 18,129.01

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

In re  Werner E. Klee & Kathleen J. Klee              ,          Case No. _____
             **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4465 4201 7953 6669 <br><br> Wells Fargo Visa <br> PO Box 10347 <br> Des Moines, IA 50306 | | | Consideration: Credit card debt | | | | 8,622.20 |
| ACCOUNT NO.  4037 6973 8101 7443 <br><br> West Coast Bank <br> Cardmember Services <br> PO Box 6335 <br> Fargo, ND 58125 | | | Consideration: Credit card debt | | | | 17,603.83 |
| ACCOUNT NO. <br><br> Williams Well Drilling <br> 957 Jackson Hwy S. <br> Toledo, WA 98591 | | | well drilling services on Anderson Hill Rd homes | | | | 8,668.32 |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | | | |

Sheet no. __5__ of __5__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► | $ | 34,894.35

Total ► | $ | 231,312.01

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

In re <u>Werner E. Klee & Kathleen J. Klee</u>    Case No. <u> </u>

           **Debtor**                            **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

In re <u>Werner E. Klee & Kathleen J. Klee</u>     Case No. _____
       **Debtor**                                                         **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

In re    Werner E. Klee & Kathleen J. Klee        Case _____

       **Debtor**                                        **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): No dependents | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | retired/rental income | homemaker |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |
| | | |

INCOME: (Estimate of average or projected monthly income at time case filed)          DEBTOR          SPOUSE

| | DEBTOR | SPOUSE |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2.  Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3.  SUBTOTAL | $ 0.00 | $ 0.00 |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|      a.  Payroll taxes and social security | $ 0.00 | $ 0.00 |
|      b.  Insurance | $ 0.00 | $ 0.00 |
|      c.  Union Dues | $ 0.00 | $ 0.00 |
|      d.  Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6..  TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7.  Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8.  Income from real property | $ 0.00 | $ 0.00 |
| 9.  Interest and dividends | $ 0.00 | $ 0.00 |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11.  Social security or other government assistance ( Specify) (D)Social Security  (S)Social Security | $ 484.00 | $ 301.00 |
| 12.  Pension or retirement income | $ 0.00 | $ 0.00 |
| 13.  Other monthly income _____ (Specify) _____ | $ 0.00 | $ 0.00 |
| | | |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | $ 484.00 | $ 301.00 |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 484.00 | $ 301.00 |
| 16.  COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15) | $ 785.00 | |

                                                      (Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

     None

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

In re  Werner E. Klee & Kathleen J. Klee                          Case No. _____
           **Debtor**                                                                 **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|     a. Are real estate taxes included?    Yes √ No _____ | |
|     b. Is property insurance included?    Yes √ No _____ | |
| 2. Utilities: a. Electricity and heating fuel | $ 75.00 |
|          b. Water and sewer | $ |
|          c. Telephone | $ 80.00 |
|          d. Other garbage and dish | $ 30.00 |
| 3. Home maintenance (repairs and upkeep) | $ 25.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 20.00 |
| 6. Laundry and dry cleaning | $ 10.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 0.00 |
|     b. Life | $ 0.00 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 80.00 |
|     e. Other_____ | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 0.00 |
|     b. Other _____ | $ 0.00 |
|     c. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other    Misc, persnl, hskpg | $ 75.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 1,145.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    None
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
|     a. Average monthly income from Line 15 of Schedule I (Includes spouse income of $301.00. See Schedule I) | $ 785.00 |
|     b. Average monthly expenses from Line 18 above | $ 1,145.00 |
|     c. Monthly net income (a. minus b.)    (Net includes Debtor/Spouse combined Amounts) | $ -360.00 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

Werner E. Klee & Kathleen J. Klee

In re _____     Case No. _____
                     **Debtor**                                                           **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____32_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __December 29, 2009__            Signature:  __/s/ Werner E. Klee_____
                                                                      Debtor:

Date  __December 29, 2009__            Signature:  __/s/ Kathleen J. Klee_____
                                                               (Joint Debtor, if any)

                                                     [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

       I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any,              Social Security No.
of Bankruptcy Petition Preparer                 *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

Address

X _____      _____
     Signature of Bankruptcy Petition Preparer                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _____           Signature: _____

                                                        _____
                                                 [Print or type name of individual signing on behalf of debtor.]

          *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington

In Re  Werner E. Klee & Kathleen J. Klee

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2009(db) | | |
| 2008(db) | (25,000) | loss on rentals |
| 2007(db) | (25,000) | loss on rentals |
| | | |
| 2009(jdb) | | |
| 2008(jdb) | | |
| 2007(jdb) | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

## 2. Income other than from employment or operation of business

None ☐      State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2007 (db) | 33,170 | capital gains from sale of property and SS benefits (apprx) |
| 2008(db) | 5,304 | Social Security Benefits (apprx) |
| 2007(jdb) | 3,120 | Social Security Benefits (apprx) |
| 2008(jdb) | 3,480 | Social Security Benefits (apprx) |

## 3. Payments to creditors

None ☐

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| The only creditors that have received more than $600 over the 90 day period prior to filing were mortgage holders. | | | |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None 

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Sean P. Nugent and Regina D. Nugent, v. Werner E. Klee and Kathleen J. Klee<br><br>09-2-01103-4 | Breach of real estate contract, specific performance, and money judgment | Lewis County Superior Court | motion for summary judgment pending |

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process
☒ within one year immediately preceding the commencement of this case. (Married debtors filing under chapter
12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>PERSON FOR WHOSE BENEFIT<br>PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
☒ deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement
of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and Receiverships**

None a. Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒ preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
| --- | --- | --- |

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒ one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT CASE TITLE<br>& NUMBER | DATE OF<br>ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- | --- |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

**7.  Gifts**

None    List all gifts or charitable contributions made within one year immediately preceding the commencement of
☒    this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient.   (Married debtors filing
under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒    commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12
or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including
☐    attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Jill Elder<br>PO Box 12626<br>Olympia, WA 98508 | 12/17/09 | $3000 attorney fees<br>$299 filing fee<br>$45 credit counseling fee |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

**10. Other transfers**

None ☐    a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| David Read<br>620 Jackson St<br>Centralia, WA 98531<br>Relationship: brother | 12/17/2009 | 2 acres with mobile home<br>$40,000 (net to debtors $31,065.98) |
| unknown buyer<br>Relationship: none | summer 2009 | 1990 Mercedes (flooded)<br>$700 |

b.    List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ☒    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

**12. Safe deposit boxes**

None ☒

       List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☒

       List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☒

       List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

       If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 627 C Boistfort Rd Curtis, WA 98538 | Werner and Kathleen Klee | 2007 - 2009 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

**16. Spouses and Former Spouses**

None


    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

        NAME

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

    "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

    "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None


    a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None


    b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

None
    c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

## [Questions 19 - 25 are not applicable to this case]

\* \* \* \* \* \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    December 29, 2009      Signature of Debtor     /s/ Werner E. Klee

WERNER E. KLEE

Date    December 29, 2009      Signature of Joint Debtor     /s/ Kathleen J. Klee

KATHLEEN J. KLEE

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

_0_ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
### Western District of Washington

Werner E. Klee & Kathleen J. Klee

In re _____ ,   Case No. _____

Debtor                                    Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate.  *(Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)*

---

Property No.  1

| **Creditor's Name:**<br>Madrona Mortgage<br>4405 7th Ave SE, Ste 305<br>Lacey, WA 98503 | **Describe Property Securing Debt:**<br>Home/primary residence |
|---|---|

Property will be *(check one)*:

☐ Surrendered                    ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain <u>retain, keep current</u> _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☑ Claimed as exempt                    ☐ Not claimed as exempt

---

Property No. 2  *(if necessary)*

| **Creditor's Name:**<br>Aurora Loan Svc Bkty Dept<br>2617 College Park<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 | **Describe Property Securing Debt:**<br>129 Anderson Hill Rd<br>Curtis, WA 98538 |
|---|---|

Property will be *(check one)*:

☐ Surrendered                    ☑ Retained

If retaining the property, I intend to *(check at least one)*:

☐ Redeem the property
☐ Reaffirm the debt
☑ Other.  Explain <u>retain, keep current</u> _____ (for example, avoid lien using 11 U.S.C. §522(f)).

Property is *(check one)*:

☐ Claimed as exempt                    ☑ Not claimed as exempt

---

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

**PART B** - Personal property subject to unexpired leases.  *(All three columns of Part B must be completed for Each unexpired lease.  Attach additional pages if necessary.)*

| Property No.  1     NO Leased Property | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

| Property No.  2 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

| Property No.  3 *(if necessary)* | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. §365(p)(2)):<br><br>☐ YES        ☐ NO |

___20___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my Estate securing debt and/or personal property subject to an unexpired lease.**

Date: December 29, 2009 _____              /s/ Werner E. Klee _____
                                                             Signature of Debtor

                                                             /s/ Kathleen J. Klee _____
                                                             Signature of Joint Debtor

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A   - Continuation

| Property No: 3 | |
|---|---|
| **Creditor's Name:**<br>Wachovia<br>Attn Loan Svc Customer Support<br>PO Box 659558<br>San Antonio, TX 78265-9558 | **Describe Property Securing Debt:**<br>155 Anderson Hill Rd<br>Curtis, WA 98538 |

Property will be  *(check one):*

☐  Surrendered          ☑  Retained

If retaining the property, I intend to  *(check at least one):*

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  retain, keep current _____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐  Claimed as exempt          ☑  Not claimed as exempt

---

| Property No: 4 | |
|---|---|
| **Creditor's Name:**<br>Wells Fargo Home Mortg<br>PO Box 10335<br>DesMoines, IA 50306 | **Describe Property Securing Debt:**<br>167 Anderson Hill Rd<br>Curtis, wA 98538 |

Property will be  *(check one):*

☐  Surrendered          ☑  Retained

If retaining the property, I intend to  *(check at least one):*

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  retain, keep current _____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐  Claimed as exempt          ☑  Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

Property No: 5

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| --- | --- |
| Karlsruher Lebensversicherung AG Germany | Duplex in Rheinau-Holzhausen, Germany |

Property will be   *(check one):*

☐   Surrendered          ☑   Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain  retain, keep current _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*
☐   Claimed as exempt                    ☑   Not claimed as exempt

Property No: 6

| **Creditor's Name:** | **Describe Property Securing Debt:** |
| --- | --- |
| Karlsruher Lebensversicherung AG Germany | Condo in Neuweier-Baden, Germany |

Property will be   *(check one):*

☐   Surrendered          ☑   Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain  retain, keep current _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*
☐   Claimed as exempt                    ☑   Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

| Property No: 7 | |
| --- | --- |
| **Creditor's Name:**<br>Wachovia<br>Attn Loan Svc Customer Support<br>PO Box 659558<br>San Antonio, TX 78265-9558 | **Describe Property Securing Debt:**<br>115 A Beaver Creek Rd<br>Curtis, WA 98538 |

Property will be  *(check one)*:

☐  Surrendered          ☑  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain __retain, keep current_____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐  Claimed as exempt          ☑  Not claimed as exempt

| Property No: 8 | |
| --- | --- |
| **Creditor's Name:**<br>Aurora Loan Svc Bkty Dept<br>2617 College Park<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 | **Describe Property Securing Debt:**<br>620 Boistfort Rd<br>Curtis, WA 98538 |

Property will be  *(check one)*:

☐  Surrendered          ☑  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain __retain, keep current_____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐  Claimed as exempt          ☑  Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

## PART A   - Continuation

---

Property No: 9

| **Creditor's Name:**<br>Homecomings Financial<br>Bankruptcy Dept<br>PO Box 939072<br>San Diego, CA 92193-9072 | **Describe Property Securing Debt:**<br>626 Boistfort Rd<br>Chehalis, WA 98532 |
| --- | --- |

Property will be  *(check one)*:

☐ Surrendered                          ☑ Retained

If retaining the property, I intend to  *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☑ Other.  Explain  retain, keep current _____ (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐ Claimed as exempt                          ☑ Not claimed as exempt

---

Property No: 10

| **Creditor's Name:**<br>US Bank<br>PO Box 2188<br>Oshkosh, WI 54903-2188 | **Describe Property Securing Debt:**<br>626 Boistfort Rd<br>Chehalis, WA 98532 |
| --- | --- |

Property will be  *(check one)*:

☐ Surrendered                          ☑ Retained

If retaining the property, I intend to  *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☑ Other.  Explain  retain, keep current _____ (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐ Claimed as exempt                          ☑ Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

| Property No: 11 | |
|---|---|
| **Creditor's Name:**<br>Bank United FSB<br>PO Box 02-8569<br>Miami, FL 33102 | **Describe Property Securing Debt:**<br>170 Beville Rd<br>Curtis, WA 98538 |

Property will be   *(check one)*:

☐  Surrendered          ☑  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain __retain, keep current_____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:

☐  Claimed as exempt          ☑  Not claimed as exempt

---

| Property No: 12 | |
|---|---|
| **Creditor's Name:**<br>GMAC Mortgage<br>Attn:  Customer Care<br>PO Box 4622<br>Waterloo, IA 50704-4622 | **Describe Property Securing Debt:**<br>627 A Boistfort Rd<br>Curtis WA 98538 |

Property will be  *(check one)*:

☐  Surrendered          ☑  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain __retain, keep current_____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:

☐  Claimed as exempt          ☑  Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744  –  31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A**   - Continuation

---

Property No: 13

| **Creditor's Name:**<br>GMAC Mortgage<br>PO Box 4622<br>Waterloo, IA 50704-4622 | **Describe Property Securing Debt:**<br>627 A Boistfort Rd<br>Curtis WA 98538 |
|---|---|

Property will be *(check one):*

☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one):*

☐ Redeem the property

☐ Reaffirm the debt

☑ Other. Explain  retain, keep current _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one):*

☐ Claimed as exempt        ☑ Not claimed as exempt

---

Property No: 14

| **Creditor's Name:**<br>GMAC Mortgage<br>Attn: Customer Care<br>PO Box 4622<br>Waterloo, IA 50704-4622 | **Describe Property Securing Debt:**<br>613 B Boistfort Rd<br>Curtis, WA 98538 |
|---|---|

Property will be *(check one):*

☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one):*

☐ Redeem the property

☐ Reaffirm the debt

☑ Other. Explain  retain, keep current _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is *(check one):*

☐ Claimed as exempt        ☑ Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

## PART A   - Continuation

| Property No: 15 | |
|---|---|
| **Creditor's Name:**<br>Aurora Loan Svc Bkty Dept<br>2617 College Park<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 | **Describe Property Securing Debt:**<br>627 B Boistfort Rd<br>Curtis, WA 98538 |

Property will be   *(check one):*

☐   Surrendered                        ☑   Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain  <u>retain, keep current</u>                                    (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*
☐   Claimed as exempt                        ☑   Not claimed as exempt

| Property No: 16 | |
|---|---|
| **Creditor's Name:**<br>GMAC Mortgage<br>Attn:  Customer Care<br>PO Box 4622<br>Waterloo, IA 50704-4622 | **Describe Property Securing Debt:**<br>116 Alder Ridge Rd<br>Curtis, WA 98538 |

Property will be   *(check one):*

☐   Surrendered                        ☑   Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain  <u>retain, keep current</u>                                    (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*
☐   Claimed as exempt                        ☑   Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744  –  31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

## PART A   - Continuation

| Property No: 17 | |
|---|---|
| **Creditor's Name:**<br> Bank of America<br> PO Box 5170<br> Simi Valley, CA 93062-5170 | **Describe Property Securing Debt:**<br> 116 Alder Ridge Rd<br> Curtis, WA 98538 |

Property will be  *(check one)*:

☐  Surrendered                    ☑  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  retain, keep current _____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:

☐  Claimed as exempt                    ☑  Not claimed as exempt

| Property No: 18 | |
|---|---|
| **Creditor's Name:**<br> GMAC Mortgage<br> Attn:  Customer Care<br> PO Box 4622<br> Waterloo, IA 50704-4622 | **Describe Property Securing Debt:**<br> 108 Alder Ridge Rd<br> Chehalis, WA 98532 |

Property will be  *(check one)*:

☐  Surrendered                    ☑  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  retain, keep current _____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:

☐  Claimed as exempt                    ☑  Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

## PART A  - Continuation

---

| Property No: 19 | |
|---|---|
| **Creditor's Name:**<br>GMAC Mortgage<br>Attn:  Customer Care<br>PO Box 4622<br>Waterloo, IA 50704-4622 | **Describe Property Securing Debt:**<br>627 C Boistfort<br>Curtis, WA 98538 |

Property will be  *(check one):*

☐  Surrendered                            ☑  Retained

If retaining the property, I intend to  *(check at least one):*

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  _retain, keep current_____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐  Claimed as exempt                         ☑  Not claimed as exempt

---

| Property No: 20 | |
|---|---|
| **Creditor's Name:**<br>Chase<br>Attn Home Equity Loan Svcg<br>PO Box 24714<br>Columbus, OH 43224 | **Describe Property Securing Debt:**<br>627 C Boistfort<br>Curtis, WA 98538 |

Property will be  *(check one):*

☐  Surrendered                            ☑  Retained

If retaining the property, I intend to  *(check at least one):*

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  _retain, keep current_____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐  Claimed as exempt                         ☑  Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744  –  31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

---

| Property No: 21 | |
|---|---|
| **Creditor's Name:**<br>Aurora Loan Svc Bkty Dept<br>2617 College Park<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 | **Describe Property Securing Debt:**<br>116-13 Alder Ridge Rd<br>Curtis, WA 98538 |

Property will be  *(check one):*

☐  Surrendered                    ☑  Retained

If retaining the property, I intend to  *(check at least one):*

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  <u>retain, keep current</u>                                    (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐  Claimed as exempt                    ☑  Not claimed as exempt

---

| Property No: 22 | |
|---|---|
| **Creditor's Name:**<br>Chase Home Finance<br>PO Box 24696<br>Columbus, OH 43224-4696 | **Describe Property Securing Debt:**<br>116-14 Alder Ridge Rd<br>Curtis, WA 98538 |

Property will be  *(check one):*

☐  Surrendered                    ☑  Retained

If retaining the property, I intend to  *(check at least one):*

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  <u>retain, keep current</u>                                    (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐  Claimed as exempt                    ☑  Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744  –  31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A**   - Continuation

---

| Property No: 23 | |
|---|---|
| **Creditor's Name:**<br>Aurora Loan Svc Bkty Dept<br>2617 College Park<br>PO Box 1706<br>Scottsbluff, NE 69363-1706 | **Describe Property Securing Debt:**<br>595-34 Boistfort Rd<br>Curtis, WA 98538 |

Property will be   *(check one):*

☐   Surrendered                                    ☑   Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain  _retain, keep current_____   (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*
☐   Claimed as exempt                              ☑   Not claimed as exempt

---

| Property No: 24 | |
|---|---|
| **Creditor's Name:**<br>Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | **Describe Property Securing Debt:**<br>595-34 Boistfort Rd<br>Curtis, WA 98538 |

Property will be   *(check one):*

☐   Surrendered                                    ☑   Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain  _retain, keep current_____   (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*
☐   Claimed as exempt                              ☑   Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A   - Continuation

| Property No: 25 | |
|---|---|
| **Creditor's Name:**<br>Wachovia<br>Attn Loan Svc Customer Support<br>PO Box 659558<br>San Antonio, TX 78265-9558 | **Describe Property Securing Debt:**<br>598 Boistfort Rd<br>Curtis, WA 98538-9720 |

Property will be  *(check one)*:

☐  Surrendered          ☑  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  retain, keep current                                    (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:

☐  Claimed as exempt                    ☑  Not claimed as exempt

---

| Property No: 26 | |
|---|---|
| **Creditor's Name:**<br>Madrona Mortgage<br>4405 7th Ave SE, Ste 305<br>Lacey, WA 98503 | **Describe Property Securing Debt:**<br>Parcel 019645002002<br>about 5 acres with 3 septics<br>Part of Curtis Mobile Home Park,<br>but no mobile homes on it currently |

Property will be  *(check one)*:

☐  Surrendered          ☑  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  retain, keep current                                    (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:

☐  Claimed as exempt                    ☑  Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A  - Continuation

| Property No: 27 | |
|---|---|
| **Creditor's Name:**<br> Madrona Mortgage<br> 4405 7th Ave SE, Ste 305<br> Lacey, WA 98503 | **Describe Property Securing Debt:**<br> Parcel 019112004002<br> 5 acres raw land |

Property will be  *(check one):*

☐  Surrendered          ☑  Retained

If retaining the property, I intend to  *(check at least one):*

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  retain, keep current _____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐  Claimed as exempt                    ☑  Not claimed as exempt

| Property No: 28 | |
|---|---|
| **Creditor's Name:**<br> Madrona Mortgage<br> 4405 7th Ave SE, Ste 305<br> Lacey, WA 98503 | **Describe Property Securing Debt:**<br> Parcel 019114005000<br> 5 acres raw land |

Property will be  *(check one):*

☐  Surrendered          ☑  Retained

If retaining the property, I intend to  *(check at least one):*

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  retain, keep current _____  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐  Claimed as exempt                    ☑  Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

| Property No: 29 | |
|---|---|
| **Creditor's Name:**<br>Madrona Mortgage<br>4405 7th Ave SE, Ste 305<br>Lacey, WA 98503 | **Describe Property Securing Debt:**<br>Parcels 019117001002, 019117001003, and 019117001004<br>14 acres with septic |

Property will be  *(check one)*:

☐ Surrendered                    ☑ Retained

If retaining the property, I intend to  *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☑ Other.  Explain  retain, keep current _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No: 30 | |
|---|---|
| **Creditor's Name:**<br>Madrona Mortgage<br>4405 7th Ave SE, Ste 305<br>Lacey, WA 98503 | **Describe Property Securing Debt:**<br>Lot 019120006000<br>5 acres land with septic |

Property will be  *(check one)*:

☐ Surrendered                    ☑ Retained

If retaining the property, I intend to  *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☑ Other.  Explain  retain, keep current _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

| Property No: 31 | |
|---|---|
| **Creditor's Name:**<br> Frontier Northwest Land Co<br> 9221 N Division Suite B<br> Spokane, WA 99218 | **Describe Property Securing Debt:**<br> Parcel 019120001300 and 019120001400<br> 10 acres raw land |

Property will be  *(check one):*

☑ Surrendered                    ☐ Retained

If retaining the property, I intend to  *(check at least one):*

☐ Redeem the property

☐ Reaffirm the debt

☐ Other.  Explain _____ (for example, avoid lien

using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐ Claimed as exempt                    ☑ Not claimed as exempt

| Property No: 32 | |
|---|---|
| **Creditor's Name:**<br> Madrona Mortgage<br> 4405 7th Ave SE, Ste 305<br> Lacey, WA 98503 | **Describe Property Securing Debt:**<br> Parcels 016158005006, 016158005011,<br> 016158005002, and 016158005001<br> 24 acres land with septic |

Property will be  *(check one):*

☐ Surrendered                    ☑ Retained

If retaining the property, I intend to  *(check at least one):*

☐ Redeem the property

☐ Reaffirm the debt

☑ Other.  Explain  retain, keep current _____ (for example, avoid lien

using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐ Claimed as exempt                    ☑ Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

## PART A   - Continuation

| Property No: 33 | |
|---|---|
| **Creditor's Name:**<br> Madrona Mortgage<br> 4405 7th Ave SE, Ste 305<br> Lacey, WA 98503 | **Describe Property Securing Debt:**<br> Parcel 016166002000<br> 21 acres raw land (lot 2) |

Property will be  *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to  *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☑ Other.  Explain __retain, keep current_____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No: 34 | |
|---|---|
| **Creditor's Name:**<br> Madrona Mortgage<br> 4405 7th Ave SE, Ste 305<br> Lacey, WA 98503 | **Describe Property Securing Debt:**<br> Parcel 016166001000<br> 21 acres raw land (Lot 1) |

Property will be  *(check one)*:

☐ Surrendered          ☑ Retained

If retaining the property, I intend to  *(check at least one)*:

☐ Redeem the property

☐ Reaffirm the debt

☑ Other.  Explain __retain, keep current_____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐ Claimed as exempt                    ☑ Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A**   - Continuation

---

| Property No: 35 | |
|---|---|
| **Creditor's Name:**<br>Sean and Regina Nugent<br>2460-91 Wildwood Rd<br>Curtis, WA 98538-9715 | **Describe Property Securing Debt:**<br>Parcels 016166004000/5000<br>21 acres and 27-35 acres (not surveyed) |

Property will be  *(check one):*

☑ Surrendered          ☐ Retained

If retaining the property, I intend to  *(check at least one):*

☐ Redeem the property

☐ Reaffirm the debt

☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No: 36 | |
|---|---|
| **Creditor's Name:**<br>Puget Sound Investors LLC<br>1301 Riverside Drive, Suite A2<br>Mount Vernon, WA 98273 | **Describe Property Securing Debt:**<br>Parcel 019120009000<br>5 acres raw land |

Property will be  *(check one):*

☐ Surrendered          ☑ Retained

If retaining the property, I intend to  *(check at least one):*

☐ Redeem the property

☐ Reaffirm the debt

☑ Other.  Explain   retain, keep current _____ (for example, avoid lien using 11 U.S.C.§522(f)).

Property is  *(check one):*
☐ Claimed as exempt                    ☑ Not claimed as exempt

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A   - Continuation

| Property No: 37 | |
|---|---|
| **Creditor's Name:**<br>Puget Sound Investors LLC<br>1301 Riverside Drive, Suite A2<br>Mount Vernon, WA 98273 | **Describe Property Securing Debt:**<br>Parcel 019120007000<br>5 acres raw land |

Property will be  *(check one)*:

☐  Surrendered                    ☑  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  _retain, keep current_____  (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐  Claimed as exempt                    ☑  Not claimed as exempt

| Property No: 38 | |
|---|---|
| **Creditor's Name:**<br>Puget Sound Investors LLC<br>1301 Riverside Drive, Suite A2<br>Mount Vernon, WA 98273 | **Describe Property Securing Debt:**<br>Parcel 019120001600<br>5 acres raw land |

Property will be  *(check one)*:

☐  Surrendered                    ☑  Retained

If retaining the property, I intend to  *(check at least one)*:

☐  Redeem the property

☐  Reaffirm the debt

☑  Other.  Explain  _retain, keep current_____  (for example, avoid lien
using 11 U.S.C.§522(f)).

Property is  *(check one)*:
☐  Claimed as exempt                    ☑  Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A**   - Continuation

| Property No: 39 | |
|---|---|
| **Creditor's Name:** <br> Puget Sound Investors LLC <br> 1301 Riverside Drive, Suite A2 <br> Mount Vernon, WA 98273 | **Describe Property Securing Debt:** <br> 3 parcels raw land, 5 acres each, with septics |

Property will be   *(check one):*

☐   Surrendered          ☑   Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other. Explain   retain, keep current                  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*

☐   Claimed as exempt             ☑   Not claimed as exempt

| Property No: 40 | |
|---|---|
| **Creditor's Name:** <br> Sterling Savings Bank <br> 401 North Market Boulevard <br> Chehalis, WA 98532 | **Describe Property Securing Debt:** <br> Parcel 019120010000 <br> 5 acres raw land |

Property will be   *(check one):*

☐   Surrendered          ☑   Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other. Explain   retain, keep current                  (for example, avoid lien using 11 U.S.C.§522(f)).

Property is   *(check one):*

☐   Claimed as exempt             ☑   Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 – 31090 - Adobe PDF

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A**   - Continuation

| Property No: 41 | |
| --- | --- |
| **Creditor's Name:**<br>Sterling Savings Bank<br>401 North Market Boulevard<br>Chehalis, WA 98532 | **Describe Property Securing Debt:**<br>Parcel 01912002000<br>5 acres raw land |

Property will be   *(check one):*

☐   Surrendered                    ☑   Retained

If retaining the property, I intend to   *(check at least one):*

☐   Redeem the property

☐   Reaffirm the debt

☑   Other.  Explain  _retain, keep current_____   (for example, avoid lien

using 11 U.S.C.§522(f)).

Property is   *(check one):*

☐   Claimed as exempt                    ☑   Not claimed as exempt

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

# United States Bankruptcy Court
## Western District of Washington

In re  Werner E. Klee & Kathleen J. Klee

Case No. _____

Chapter _____ 7 _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ...........................................................  $ ____3,000.00____

Prior to the filing of this statement I have received ........…………….............  $ ____3,000.00____

Balance Due ........................……………………………………...................  $ _____0.00_____

2.  The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in any adversary proceeding or complaint objecting to discharge or discharge of a debt, contested motions requiring argument before the Court, modification of a confirmed Ch. 13 Plan, or lien avoidances.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

____December 29, 2009____                    ____/s/ Jill Elder____
*Date*                                                       *Signature of Attorney*

                                                             _____
                                                             *Name of law firm*

---

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.5.1-744 - 31090 - Adobe PDF

Aurora Loan Svc Bkty Dept
2617 College Park
PO Box 1706
Scottsbluff, NE 69363-1706

Bank of America
PO Box 15026
Wilmington, DE 19850

Bank of America
PO Box 15184
Wilimington, DE 19850-5184

Bank of America
PO Box 5170
Simi Valley, CA 93062-5170

Bank of America
PO Box 15026
Wilmington, DE 19850

Bank United FSB
PO Box 02-8569
Miami, FL 33102

Big Dig Excavation
Attn Norm Mays
5011 222nd Ave SW
Centralia, WA 98531

Central Television & Appliances
435 NW Chehalis Ave
Chehalis, WA 98532

Chase
Attn Home Equity Loan Svcg
PO Box 24714
Columbus, OH 43224

Chase
PO Box 15298
Wilmington, DE 19850

Chase Home Finance
PO Box 24696
Columbus, OH 43224-4696

Chehalis Rentals
388 NW Louisiana Ave
Chehalis, WA 98532

Citi Cards
PO Box 6077
Sioux Falls, SD 57117-6077

Cutright Supply
1170 12th Ave
Longview, wA 98632

Discover Card
PO Box 30943
Salt Lake City, UT 84130

Frontier Northwest Land Co
9221 N Division Suite B
Spokane, WA 99218

GMAC Mortgage
Attn:  Customer Care
PO Box 4622
Waterloo, IA 50704-4622

GMAC Mortgage
PO Box 4622
Waterloo, IA 50704-4622

Graystone Partners, LLC
893- SW 40th Ave #7
Portland, OR 97219

Hardel Builders Center Inc
2321 Harrison Ave
Olympia, WA 98502

HFC Customer Service
PO Box 3425
Buffalo, NY 14240-9733

Home Carpet Warehouse, inc
1793 NE Kresky Ave
Chehalis, WA 98532

Home Depot Credit Services
PO Box 653000
Dallas, TX 75265-3000

Homecomings Financial
Bankruptcy Dept
PO Box 939072
San Diego, CA 92193-9072

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

Karlsruher Lebensversicherung AG
Germany

Madrona Mortgage
4405 7th Ave SE, Ste 305
Lacey, WA 98503

Michael G. Gusa
1405 Harrison Ave NW, Ste 207
Olympia, WA 98502

Moerke & Sons Pump & Drilling Inc
900 NW State Ave
Chehalis, WA 98532

Potter Electric
PO Box 697
Centralia, WA 98531

Puget Sound Investors LLC
1301 Riverside Drive, Suite A2
Mount Vernon, WA 98273

Sean and Regina Nugent
2460-91 Wildwood Rd
Curtis, WA 98538-9715

United Collection Bureau, Inc
5620 Southwyck Blvd Ste 206
Toledo, OH 43614

US Bank
PO Box 2188
Oshkosh, WI 54903-2188

Wachovia
Attn Loan Svc Customer Support
PO Box 659558
San Antonio, TX 78265-9558

Wells Fargo Bank NA
C/O Customer Management
PO Box 95225
Albuquerque, NM 87199-5225

Wells Fargo Home Mortg
PO Box 10335
DesMoines, IA 50306

Wells Fargo Visa
PO Box 10347
Des Moines, IA 50306

West Coast Bank
Cardmember Services
PO Box 6335
Fargo, ND 58125

Williams Well Drilling
957 Jackson Hwy S.
Toledo, WA 98591