JOEL G. GREEN
ATTORNEY AT LAW
411 25th Avenue East
Seattle, Washington 98112-4717
Email: JoelGreenLaw@gmail.com

Attorneys for: Werner and Kathleen Klee

HONORABLE PAUL B. SNYDER
Chapter 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re:

WERNER E. KLEE and KATHLEEN J. KLEE,

    Debtors.

Case No.: 09-49455

EX PARTE ORDER SETTING CLAIMS BAR DATE DEADLINE

THIS MATTER came before the undersigned judge on the Ex Parte Motion of Werner and Kathleen Klee, the debtors-in-possession herein, for entry of an ex parte order setting May 18, 2010 as the deadline for filing proofs of claim herein. The Court, having reviewed the Motion, and otherwise being familiar in the premises, finds and concludes that notice is appropriate under the circumstances, that setting May 18, 2010 as the Bar Date for filing Proofs of Claim herein is appropriate, that to be deemed filed for purposes of participation in the plan and receipt of distributions thereunder a proof of claim must be filed on or before the Bar Date deadline with the Clerk of this Bankruptcy Court and that service of a proof of claim upon the debtors-in-possession or their co-counsel without also having been filed with the Clerk of this Bankruptcy Court shall not constitute the required filing of a proof of claim in order to participate in the plan and receive distributions thereunder, that proofs of claim filed

EX PARTE ORDER SETTING CLAIMS BAR DATE DEADLINE - 1

JOEL G. GREEN
ATTORNEY AT LAW
411 25TH AVENUE EAST
SEATTLE, WASHINGTON 98112-4717

in the chapter 7 case should be deemed allowed in the chapter 11 case, that the form of Notice attached to the Motion should be approved, and that the Motion should be granted.

WHEREFORE, it is hereby

ORDERED that the Ex Parte Motion for Order Setting Claims Bar Date Deadline is granted; and it is further

ORDERED that the deadline for filing proofs of claim herein shall be May 18, 2010; and it is further

ORDERED that all such proofs of claim must be filed with the Clerk of this Bankruptcy Court on or before said deadline in order to be deemed filed herein; and it is further

ORDERED that any proof of claim not filed with the Clerk of the Bankruptcy Court but which has been served on the debtors-in-possession or their co-counsel only shall not be deemed filed for purposes of participation in or receipts under a plan of reorganization; and it is further

ORDERED that claimants who filed proofs of claim filed in the chapter 7 case are deemed allowed in this chapter 11 case but said claimants may, but need not, file a new proof of claim; and it is further

ORDERED that the debtors-in-possession shall send notice of the Bar Date and a Proof of Claim form to all creditors and parties in interest herein in substantial conformity with the form of the Notice attached to their motion, after inserting the appropriate dates therein along with a proof of claim form.

DONE IN OPEN COURT this _____ day of April 2010.

_____
Paul B. Snyder
United States Bankruptcy Judge
(Dated as of Entered on Docket date above.)

EX PARTE ORDER SETTING CLAIMS BAR DATE DEADLINE - 2

JOEL G. GREEN
ATTORNEY AT LAW
411 25TH AVENUE EAST
SEATTLE, WASHINGTON 98112-4717

Presented by:

LAW OFFICE OF JOEL G. GREEN
Co-Counsel for Werner and Kathleen Klee

By _/s/ Joel Green_____
     Joel G. Green, WSBA #8706

EX PARTE ORDER SETTING CLAIMS BAR DATE DEADLINE - 3

JOEL G. GREEN
ATTORNEY AT LAW
411 25TH AVENUE EAST
SEATTLE, WASHINGTON 98112-4717