KLEE INVOICE

| DATE | DESCRIPTION | CO | TIME | RATE | TOTAL |
|---|---|---|---|---|---|
| 1.7.10 | Email exchange with RP re Klee case. | 1 | 0.4 | 240 | 96 |
| 1.12.10 | Email exchange with RP; review chapter 7 schedules and statements. | 1 | 0.4 | 240 | 96 |
| 1.13.10 | Email to RP re chapter 7 issues and chapter 11 issues. | 1 | 0.4 | 240 | 96 |
| 1.19.10 | Attend 341 meeting; meeting with Klees, RP, Haslett & Elder re chapter 11. | 1 | 3.5 | 240 | 840 |
| 1.20.10 | Review and edit retention agreement; email exchange with RP. | 1 | 0.3 | 240 | 72 |
| 1.21.10 | Email exchange with RP re Klee case concerns. | 1 | 0.2 | 240 | 48 |
| 1.22.10 | Email exchange with RP re relief from stay and conversion issues. | 1 | 0.5 | 240 | 120 |
| 1.23.10 | Email exchange with RP re Klee case concerns. | 1 | 0.2 | 240 | 48 |
| 1.24.10 | TC with RP re conversion issues. | 1 | 0.9 | 240 | 216 |
| 1.25.10 | Legal research re conversion standards. | 1 | 1.80 | $ 240 | 432 |
| 1.25.10 | Email exchange with RP re same. | 1 | 0.5 | $ 240 | 120 |
| 1.26.10 | Review employment pleadings and conversion pleadings. | 1 | 0.4 | $240 | 96 |
| 1.29.10 | Email exchange with RP re relief from stay and conversion issues. | 1 | 0.7 | $240 | 168 |
| 2.2.10 | Review memos from RP re case issues. | 1 | 0.5 | 240 | 120 |
| 2.3.10 | TC with Chapter 7 trustee. Email exchange with RP re conversion. | 1 | 1.2 | $240 | 288 |
| 2.4.10 | Email to Wells Fargo attorney re relief from stay motion. | 1 | 0.3 | $240 | 72 |
| 2.4.10 | Email with RP re Chapter 7 trustee demands. | 1 | 0.2 | $240 | 48 |
| 2.5.10 | Review email from RP re Chapter 7 trustee concerns. | 1 | 0.1 | $240 | 24 |
| 2.6.10 | Legal research re relief from stay issues and email RP re same. | 1 | 1.1 | $240 | 264 |
| 2.6.10 | Research re cramdown and sale issues. | 1 | 0.3 | $240 | 72 |
| 2.8.10 | Review chapter 7 trustee conversion objection and email response to RP. | 1 | 1.2 | $240 | 288 |
| 2.9.10 | Draft and revise response to Wells Fargo relief from stay and Klee declaration. | 1 | 1.7 | $240 | 408 |
| 2.10.10 | Email exchange with RP re relief from stay issues and violation by creditor. | 1 | 0.3 | $240 | 72 |
| 2.11.10 | Analyze stay violation facts. | 1 | 0.2 | $240 | 48 |
| 2.13.10 | Review email re case issues. | 1 | 0.2 | $240 | 48 |
| 2.16.10 | Review email from UST office and attachments for chapter 11 case. | 1 | 0.4 | $240 | 96 |
| 2.17.10 | TC with Werner re chapter 11 adinistrative issues and UST packet. | 1 | 0.5 | $240 | 120 |
| 2.18.10 | Email exchange with RP re UST issues. | 1 | 0.2 | $240 | 48 |
| 2.19.10 | Review 2 proofs of claim. | 2 | 0.2 | $240 | 48 |
| 2.23.10 | Draft response to relief from stay motion. | 1 | 1.3 | $240 | 312 |
| 2.24.10 | Review proof of claim. | 2 | 0.1 | $240 | 24 |
| 2.25.10 | Review email from UST and draft response for review by RP. | 1 | 0.3 | $240 | 72 |
| 2.26.10 | Review proof of claim. | 2 | 0.1 | $240 | 24 |
| 2.26.10 | Draft of motion and order extending tie to file conversion schedules, etc. | 1 | 1 | $240 | 240 |

# KLEE INVOICE

| Date | Description | | Hours | Rate | Amount |
|------|-------------|---|-------|------|--------|
| 3.2.10 | Resolve issues related to relief from stay hearing. | 1 | 0.30 | $240 | 72 |
| 3.3.10 | Attend UST conference call; review UST email re Chapter 11 administration. | 1 | 1.30 | $240 | 312 |
| 3.3.10 | TC with creditor attorney re 2 relief from stay motions. | 1 | 0.20 | $240 | 48 |
| 3.5.10 | Review proof of claim. | 2 | 0.10 | $240 | 24 |
| 3.6.10 | Review 2 proofs of claim. | 2 | 0.20 | $240 | 48 |
| 3.10.10 | TC with RP re relief from stay issues. | 1 | 0.20 | $240 | 48 |
| 3.11.10 | Review proof of claim. | 2 | 0.10 | $240 | 24 |
| 3.15.10 | Review conversion schedules, etc. | 1 | 0.30 | $240 | 72 |
| 3.16.10 | Review 3 proofs of claim. | 2 | 0.30 | $240 | 72 |
| 3.22.10 | Commence preparation of plan and disclosure statement. | 4 | 0.50 | $240 | 120 |
| 3.25.10 | Review motino for relief from stay. | 1 | 0.20 | $240 | 48 |
| 3.26.10 | Review proposed Feb. monthly report. | 1 | 0.20 | $240 | 48 |
| 3.30.10 | Initial work on liquidation analysis. | 4 | 0.20 | $240 | 48 |
| 3.30.10 | Review Madrona deed of trust. | 2 | 0.20 | $240 | 48 |
| 3.31.10 | Review and analyze Nugent relief from stay; email to RP re response. | 1 | 0.50 | $240 | 120 |
| 4.1.10 | Review proof of claim. | 2 | 0.10 | $240 | 24 |
| 4.4.10 | Draft motion, order and notice re new claims bar date deadline; file same. | 2 | 1.20 | $240 | 288 |
| 4.14.10 | Review transferred claims. | 2 | 0.10 | $240 | 24 |
| 4.20.10 | Review proof of claim. | 2 | 0.10 | $240 | 24 |
| 4.20.10 | Review March UST report. | 1 | 0.20 | $240 | 48 |
| 4.29.10 | Review 4 proofs of claim. | 2 | 0.40 | $240 | 96 |
| 5.3.10 | Client meeting in Tacoma re pending motions and plan. | 1 | 3.00 | $240 | 720 |
| 5.5.10 | TC with creditor attorney re 3 relief from stay motions. | 1 | 0.10 | $240 | 24 |
| 5.8.10 | Review April monthly report. | 1 | 0.20 | $240 | 48 |
| 5.13.10 | Review proof of claim. | 1 | 0.10 | $240 | 24 |
| 5.17.10 | Review istorical information for disclosure statement. | 4 | 0.30 | $240 | 72 |
| 5.18.10 | Review proof of claim. | 2 | 0.10 | $240 | 24 |
| 5.19.10 | Review and analyze Madrona proofs of claim. | 2 | 1.60 | $240 | 384 |
| 5.20.10 | Review proof of claim. | 2 | 0.10 | $240 | 24 |
| 6.3.10 | Review April UST report. | 1 | 0.10 | $240 | 24 |
| 6.9.10 | Draft and file motion, declaration, notice and order re extend exclusivity periods. | 4 | 1.20 | $240 | 288 |
| 6.22.10 | Review Madrona claims analysis. | 4 | 0.30 | $240 | 72 |
| 6.23.10 | Review Beville Rd. relief from stay motion. | 1 | 0.20 | $240 | 48 |
| 6.30.10 | Review proof of claim. | 2 | 0.10 | $240 | 24 |
| 7.1.10 | Review June UST report. | 1 | 0.10 | $240 | 24 |

KLEE INVOICE

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 7.1.10 | Review and suggest changes to 7 Madrona claims objections. | 2 | 0.70 | $240 | 168 |
| 7.7.10 | Review Madrona objectio to extension of exclusivity periods. | 1 | 0.30 | $240 | 72 |
| 7.14.10 | Attend hearing on motion to extend exclusivity periods; client conference. | 4 | 4.20 | $240 | 1008 |
| 7.20.10 | Continued analysis of plan and disclosure statement issues. | 4 | 0.40 | $240 | 96 |
| 8.4.10 | Review July UST report. | 1 | 0.10 | $240 | 24 |
| 8.6.10 | Research re potential 1111(b) issues and resolution of same. | 4 | 0.80 | $240 | 192 |
| 8.17.10 | Review relief from stay motion. | 1 | 0.20 | $240 | 48 |
| 8.18.10 | Prepare for and attend client confrence re plan an ddisclosure statement. | 4 | 4.40 | $240 | 1056 |
| 8.18.10 | Review motion for use of cash collateral. | 1 | 0.20 | $240 | 48 |
| 8.24.10 | Analyze offer re Haberly parcels. | 3 | 0.30 | $240 | 72 |
| 8.24.10 | Draft and revise Mittge fee declaration. | 1 | 1.00 | $240 | 240 |
| 8.24.10 | Initial draft of motion re fees and hearing notice. | 1 | 1.30 | $240 | 312 |
| 8.24.10 | Draft and revise sheffield fee declaration. | 1 | 0.80 | $240 | 192 |
| 9.1.10 | Review and revise motion to abandon 3 parcels. | 1 | 0.30 | $240 | 72 |
| 9.1.10 | Draft and revise Paroutaud fee declaration. | 1 | 1.80 | $240 | 432 |
| 9.1.10 | Additional revisions to fee motion. | 1 | 0.50 | $240 | 120 |
| 9.2.10 | Draft and revise Green fee Declaration. | 1 | 1.20 | $240 | 288 |
| 9.2.10 | Finalize motion and notice and order re fees. | 1 | 1.80 | $240 | 432 |

                                                                                                            56.3

**TOTALS**                                                                                     **56.30**             **$ 13,512.00**

Date: 2 September 2010  
Werner and Kaathleen Klee  
Note: Hourly rate of $300 reduced to $240 per agreement.  
**JOEL G. GREEN**  
Attorney at Law  
411 - 25th Ave. E.  
Seattle WA 98112-4717  
JoelGreenLaw@gmail.com