BREAKDOWN OF MANO, McKERRICHER & PAROUTAUD ATTORNEY FEES

| NAME | Gen. Admin Hours | Gen. Admin. Fees | Claims Hours | Claims Fees | Discl. Stmt & Plan Hours | Discl. Stmt & Plan Fees | Total Hours / Fees |
|---|---|---|---|---|---|---|---|
| Tmkr 2 - Richard Paroutaud | 45.5 | $8,625.90 | 37.3 | $7,307.50 | 20.15 | $4,012.50 | 102.95 / $19,945.90 |
| Tmkr 6 – Karen Emerson | .2 | $18.00 | 0 | $0.00 | 0 | $0.00 | .2 / $18.00 |
| Tmkr 15 – Jamie Scott | 16.25 | $1,064.25 | 7.35 | $525.25 | 0 | $0.00 | 23.6 / $1,589.50 |
| Tmkr 33 – Samuel Groberg | 2.9 | $290.00 | 7 | $1,155.00 | 0 | $0.00 | 9.9 / $1,445.00 |
| FEE TOTALS | 64.85 | $9,998.15 | 51.65 | $8,987.75 | 20.15 | $4,012.50 | $22,998.40 |
| COSTS / EXPENSES | | $345.20 | | $250.45 | | $105.25 | $700.90 |
| GRAND TOTALS | 64.85 | $10,343.35 | 51.65 | $9,238.20 | 20.15 | $4,117.75 | $23,699.30 |

Handwritten notes in margin:
HRS.
Yellow  Green
20       .7

**Client ID 16531.000 KLEE/WERNER E. & KATHLEEN**

| Trans Date | Tmkr | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|
| 12/09/2009 | 2 | 190.00 | 0.75 | 100.00 | Initial Consultation | ARCH |
| 01/07/2010 | 2 | 190.00 | 0.80 | 152.00 | Conference with clients | ARCH |
| 01/07/2010 | 2 | 190.00 | 0.20 | 38.00 | Emails to Elder and Green | ARCH |
| 01/12/2010 | 2 | 190.00 | 0.20 | 38.00 | Emails to Joel Green and Jill Elder regarding meeting on 1/19 and strategy | ARCH |
| 01/12/2010 | 2 | 190.00 | 0.15 | 28.50 | Conference with Jill at bankruptcy court | ARCH |
| 01/14/2010 | 2 | 190.00 | 1.50 | 285.00 | Conference with clients and Haslett; emails to Jill and Joel regarding meeting | ARCH |
| 01/15/2010 | 2 | 190.00 | 0.15 | 28.50 | Telephone conference with client; emails to Jill and Joel | ARCH |
| 01/19/2010 | 2 | 190.00 | 1.00 | 190.00 | Travel time to Tacoma (1/2) | ARCH |
| 01/19/2010 | 2 | 190.00 | 2.30 | 437.00 | Attend first meeting; conference with Klees, Elder and Haslete and Green | ARCH |
| 01/20/2010 | 2 | 190.00 | 0.15 | 28.50 | Telephone conference with client | ARCH |
| 01/21/2010 | 2 | 190.00 | 1.20 | 228.00 | Conference with Werner and Jim | ARCH |
| 01/22/2010 | 2 | 190.00 | 1.35 | 256.50 | Conference with clients to discuss conversion and related issues | ARCH |
| 01/22/2010 | 2 | 190.00 | 0.25 | 47.50 | Emails to Green and Ellis; phone call to Elder | ARCH |
| 01/24/2010 | 2 | 190.00 | 0.50 | 95.00 | Prepare for conference with Green | ARCH |
| 01/24/2010 | 2 | 190.00 | 0.85 | 161.50 | Conference with Green regarding pleadings and strategy for confirmation | ARCH |
| 01/24/2010 | 2 | 190.00 | 1.00 | 190.00 | Begin work on pleadings - order to convert; motions to employ counsel, special counsel and financial consultant; motion and order to approve post petition retainer | ARCH |
| 01/25/2010 | 2 | 190.00 | 0.75 | 142.50 | Dictation - order to convert; notice of association of counsel; motion and order to employ; motion and order to approve post petition retainer | ARCH |
| 01/25/2010 | 2 | 190.00 | 0.10 | 19.00 | Telephone conference with Jill Elder regarding tenant David Porris | ARCH |
| 01/25/2010 | 2 | 190.00 | 0.50 | 95.00 | Motion and order to employ special counsel Mittge; motion and order to employ financial advisor Haslete | ARCH |
| 01/25/2010 | 2 | 190.00 | 0.35 | 66.50 | Conference with Mike Mittge to discuss handling landlord tenant matters at Mike's office | ARCH |
| 01/25/2010 | 2 | 190.00 | 0.20 | 38.00 | Preliminary review - motions for relief from stay | ARCH |
| 01/25/2010 | 2 | 190.00 | 0.15 | 28.50 | Preliminary review - trustee's motion to turnover | ARCH |
| 01/25/2010 | 2 | 190.00 | 0.25 | 47.50 | Review Maramma and FMO Associates cases regarding conversion standards; email to Joel | ARCH |
| 01/25/2010 (circled) | 2 | 190.00 | 0.15 | 28.50 | Conference with Werner regarding Deutsch Bank motion and Haslete resume | ARCH |
| 01/26/2010 | 2 | 190.00 | 0.30 | 57.00 | Second draft of motions and orders for hearings on Chapter 11; email to Green for review | ARCH |
| 02/01/2010 (circled) | 2 | 190.00 | 0.25 | 47.50 | Conference with Van Paepeghem regarding his loan from Werner | ARCH |
| 02/01/2010 (circled) | 2 | 190.00 | 0.20 | 38.00 | Telephone conference with client regarding Madrona and hearing on 2/9; Van Paepeghem loan | ARCH |
| 01/27/2010 | 2 | 190.00 | 0.35 | 66.50 | Review and make final changes on application; sign applications; conference with Klee and sign documents; dictate instructions for signatures of Mittge and Haslett; and filing | ARCH |
| 01/29/2010 | 2 | 190.00 | 0.10 | 19.00 | Email to Green | ARCH |
| 01/29/2010 | 2 | 190.00 | 1.00 | 190.00 | Conference with clients, Haslett and Sheffield | ARCH |
| 01/29/2010 | 2 | 190.00 | 0.10 | 19.00 | Dictate meeting memo | ARCH |
| 01/29/2010 (circled) | 2 | 190.00 | 0.10 | 19.00 | Emails to Joel about relief from stay motions; review emails from Joel | ARCH |
| 01/29/2010 | 2 | 190.00 | 0.15 | 28.50 | Dictate response to Chapter 7 trustee turnover order | ARCH |
| 02/03/2010 | 2 | 190.00 | 0.25 | 47.50 | Review emails from Joel; phone call to Joel; phone call to Werner regarding Ellis objection | ARCH |
| 02/04/2010 | 2 | 190.00 | 0.15 | 28.50 | Telephone conference with Ellis' office; emails to/from Joel regarding Ellis requests to Harwick; review Harwick email | ARCH |
| 02/04/2010 | 2 | 190.00 | 0.15 | 28.50 | Final changes on response to turnover motion; sign and file | ARCH |
| 02/05/2010 | 2 | 190.00 | 0.40 | 76.00 | Telephone conference with Ellis | ARCH |
| 02/05/2010 | 2 | 190.00 | 0.20 | 38.00 | Emails to Joel | ARCH |
| 02/05/2010 | 2 | 190.00 | 0.20 | 38.00 | Research to locate Jacobson case and download | ARCH |
| 02/05/2010 | 2 | 190.00 | 0.50 | 95.00 | Conference with Will Kraft regarding proposed Read closing; to auditor - get copies of Madrona mortgages, homestead and Nugent judgment | ARCH |
| 02/05/2010 | 2 | 190.00 | 0.20 | 38.00 | Dictate memo on 2/4 meeting with Klees | ARCH |
| 02/08/2010 | 2 | 190.00 | 1.00 | 190.00 | Review all records, emails and documents; organize all documents into subfiles; dictate list of issues to discuss with client and Green | ARCH |
| 02/10/2010 | 2 | 190.00 | 0.20 | 38.00 | Review Ellis response | ARCH |
| 02/10/2010 | 2 | 190.00 | 0.10 | 19.00 | Telephone conference with Green | ARCH |

**Client ID 16531.000 KLEE/WERNER E. & KATHLEEN**

| Trans Date | Tmkr | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|
| 02/10/2010 | 2 | 190.00 | 0.20 | 38.00 | Check with C21 regarding date of listing on 129 Anderson Hill | ARCH |
| 02/10/2010 | 2 | 190.00 | 0.15 | 28.50 | Telephone conference with Clark Johnson | ARCH |
| 02/10/2010 | 2 | 190.00 | 0.25 | 47.50 | Review Aurora Loan request for relief | ARCH |
| 02/10/2010 | 2 | 190.00 | 0.20 | 38.00 | Telephone conference with Clark Johnson regarding 3 listings | ARCH |
| 02/09/2010 | 2 | 190.00 | 0.10 | 19.00 | Telephone conference with Green | ARCH |
| 02/09/2010 | 2 | 190.00 | 1.00 | 190.00 | Travel time to Tacoma (1/2) | ARCH |
| 02/09/2010 | 2 | 190.00 | 0.40 | 76.00 | Prep for hearing and conference with Ellis | ARCH |
| 02/09/2010 | 2 | 190.00 | 0.40 | 76.00 | Hearing | ARCH |
| 02/09/2010 | 2 | 190.00 | 0.75 | 142.50 | Conference with clients after hearing with Haslett; phone call to Green | ARCH |
| 02/09/2010 | 2 | 190.00 | 0.20 | 38.00 | Redo order on retainer; email to Ellis for signature | ARCH |
| 02/09/2010 | 2 | 190.00 | 0.15 | 28.50 | Email to/from Ellis; email to Elder with update | ARCH |
| 02/10/2010 | 2 | 190.00 | 0.15 | 28.50 | Review response and affidavit of Klee for signing this afternoon | ARCH |
| 02/10/2010 | 2 | 190.00 | 0.15 | 28.50 | Review foreclosure documents; letter to Cal Western regarding Aurora trustee's sale 3/5 | ARCH |
| 02/10/2010 | 2 | 190.00 | 0.10 | 19.00 | Prepare correspondence to Cal Western on Boistfort Rd. trustee's sale 3/5 | ARCH |
| 02/10/2010 | 2 | 190.00 | 0.10 | 19.00 | Prepare correspondence to Gusa regarding entry of judgment on 12/18 | ARCH |
| 02/11/2010 | 2 | 190.00 | 0.20 | 38.00 | Draft application and order to hire Sheffield | ARCH |
| 02/12/2010 | 2 | 190.00 | 0.15 | 28.50 | Prepare correspondence to client | ARCH |
| 02/12/2010 | 2 | 190.00 | 0.30 | 57.00 | Telephone conference with Dille, attorney for Curtis Lake regarding real estate contract forfeiture | ARCH |
| 02/12/2010 | 2 | 190.00 | 0.10 | 19.00 | Review Ellis fee application; email to Cathy; reply from Cathy | ARCH |
| 02/12/2010 | 2 | 190.00 | 0.05 | 9.50 | Review notice of intent to argue - Wells Fargo for 2/18 | ARCH |
| 02/12/2010 | 2 | 190.00 | 0.10 | 19.00 | Telephone conference with Green regarding hearing on 18th and starting evictions and set up meeting for 22nd | ARCH |
| 02/12/2010 | 2 | 190.00 | 0.10 | 19.00 | Review Curtis Lake correspondence | ARCH |
| 02/12/2010 | 2 | 190.00 | 0.05 | 9.50 | Review GMAC proof of claim - new | ARCH |
| 02/12/2010 | 2 | 190.00 | 0.15 | 28.50 | Organize client notes and checklists | ARCH |
| 02/18/2010 | 2 | 190.00 | 0.20 | 38.00 | Telephone conference with Ken Hoberly regarding 4 contracts with PS Investors | ARCH |
| 02/19/2010 | 2 | 190.00 | 0.25 | 47.50 | Review Van Draanen email; email to Van Draanen regarding 3/1 phone conference; phone call to Jean Sheffield; submit order on Sheffield hiring; emails to Sheffield and Green | ARCH |
| 02/22/2010 | 2 | 190.00 | 0.50 | 95.00 | Prepare for meeting with Klees; organize documents, files; prepare checklist of questions | ARCH |
| 02/22/2010 | 2 | 190.00 | 1.50 | 285.00 | Telephone conference with Joel, Klees and Haslett | ARCH |
| 02/22/2010 | 2 | 190.00 | 0.10 | 19.00 | Instructions to email UST on Sheffield application; instructions regarding no objection declaration | ARCH |
| 02/23/2010 | 2 | 190.00 | 0.20 | 38.00 | Work on declaration of Werner regarding 626 Boistfort Rd. | ARCH |
| 02/23/2010 | 2 | 190.00 | 0.35 | 66.50 | Conference with Klee; dictate declaration | ARCH |
| 02/23/2010 | 2 | 190.00 | 0.20 | 38.00 | Telephone conference with Joel regarding Klee affidavit on 626 Boistfort; discuss amending schedules and bar date | ARCH |
| 02/23/2010 | 2 | 190.00 | 0.40 | 76.00 | Conference with client - sign response on 626; phone call to Joel regarding his brief; conference with Werner on UST forms and exemptions | ARCH |
| 02/24/2010 | 2 | 190.00 | 0.20 | 38.00 | Work on form 4 - 20 largest creditors | ARCH |
| 02/26/2010 | 2 | 190.00 | 0.10 | 19.00 | Organize IRR for trustee; phone call to trustee | ARCH |
| 02/26/2010 | 2 | 190.00 | 0.10 | 19.00 | Emails from Green and UST; reply | ARCH |
| 03/03/2010 | 2 | 190.00 | 1.00 | 190.00 | Telephone conference with UST, with Haslett, Sheffield, Klees and Green | ARCH |
| 03/03/2010 | 2 | 190.00 | 1.00 | 190.00 | Telephone conference with Green, Klees, Haslett and Sheffield; organize file; prepare for today's meeting | ARCH |
| 03/03/2010 | 2 | 190.00 | 0.15 | 28.50 | Dictate notes from Van Draanen meeting | ARCH |
| 03/04/2010 | 2 | 190.00 | 0.20 | 38.00 | Review Aurora Mortgage filings; fax to VanDraanen | ARCH |
| 03/04/2010 | 2 | 190.00 | 0.30 | 57.00 | Application and declaration for hiring Chehalis Valley Realty; (first draft) | ARCH |
| 03/04/2010 | 2 | 190.00 | 0.05 | 9.50 | Prepare correspondence to Ellis; emails | ARCH |
| 03/04/2010 | 2 | 190.00 | 0.15 | 28.50 | Telephone conference with client regarding Boistfort Water Corp.; fax to Eitel | ARCH |
| 03/05/2010 | 2 | 190.00 | 0.20 | 38.00 | Telephone conference with Kent Haberly | ARCH |
| 03/08/2010 | 2 | 190.00 | 0.10 | 19.00 | Email from Haberly | ARCH |
| 03/08/2010 | 2 | 190.00 | 1.50 | 285.00 | Conference with Clark Johnson, Klees and Haslett to review Schedule A; discuss CMAs; sign declaration regarding hiring broker | ARCH |
| 03/08/2010 | 2 | 190.00 | 0.50 | 95.00 | Conference with Klees and Haslett - review | ARCH |

Handwritten margin notes:
HKS
Yellow Green
11.95  2.8

**Client ID 16531.000 KLEE/WERNER E. & KATHLEEN**

HRS
Y    G
9.4   5.2

| Trans Date | Tmkr | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|
| | | | | | schedules for amendment | |
| 03/08/2010 | 2 | 190.00 | 0.30 | 57.00 | Dictate amended schedules | ARCH |
| 03/09/2010 | 2 | 190.00 | 0.10 | 19.00 | Email to Ken Haberly | ARCH |
| 03/09/2010 | 2 | 190.00 | 0.10 | 19.00 | Telephone conference with Clark Johnson regarding CMAs; review fax from Clark | ARCH |
| 03/10/2010 | 2 | 190.00 | 0.25 | 47.50 | Review UST emails and new proof of claims; prep for meeting tomorrow | ARCH |
| 03/10/2010 | 2 | 190.00 | 0.25 | 47.50 | Telephone conference with Joel | ARCH |
| 03/11/2010 | 2 | 190.00 | 0.70 | 133.00 | Conference with Klees, Haslett and Jean Sheffield regarding UST reports; email to Van Draanen | ARCH |
| 03/11/2010 | 2 | 190.00 | 0.60 | 114.00 | Conference with Klees and Haslett regarding amended schedules, address, Adams and Van Paepegham; phone call to Adams | ARCH |
| 03/11/2010 | 2 | 190.00 | 0.40 | 76.00 | Dictate amendment to schedules | ARCH |
| 03/15/2010 | 2 | 190.00 | 0.20 | 38.00 | Review claims received today and Sheffield's changes to Schedule I | ARCH |
| 03/15/2010 | 2 | 190.00 | 0.40 | 76.00 | Conference with Klees, Haslett and Clark Johnson to discuss CMAs and values | ARCH |
| 03/15/2010 | 2 | 190.00 | | 0.40 | Conference with Klees and Haslett to discuss amended schedules, possible sale of 129 Anderson, bar date, Nugent, first meeting | ARCH |
| 03/15/2010 | 2 | 190.00 | 0.10 | 19.00 | Email to Green | ARCH |
| 03/16/2010 | 2 | 190.00 | 0.15 | 28.50 | Review Clark Johnson revisions to Schedule A; redo Schedule A | ARCH |
| 03/16/2010 | 2 | 190.00 | 1.00 | 190.00 | Conference with Klees and Joel Green to finalize amended schedules | ARCH |
| 03/16/2010 | 2 | 190.00 | 0.20 | 38.00 | Dictate amended schedules | ARCH |
| 03/16/2010 | 2 | 190.00 | 0.05 | 9.50 | Telephone conference with John Adams; dictate memo | ARCH |
| 03/18/2010 | 2 | 190.00 | 0.10 | 19.00 | Telephone conference regarding Boistfort Water dispute | ARCH |
| 03/18/2010 | 2 | 190.00 | 0.10 | 19.00 | Email to Blinks regarding Boistfort Water | ARCH |
| 03/18/2010 | 2 | 190.00 | 0.10 | 19.00 | Review order approving Johnson; letter to Johnson regarding CMAs, listings and Boistfort Water | ARCH |
| 03/18/2010 | 2 | 190.00 | 0.25 | 47.50 | Review Order to Show Cause on scheduling; dictate declaration; email to Van Draanen | ARCH |
| 03/18/2010 | 2 | 190.00 | 0.10 | 19.00 | Email from Blinks on Boistfort Water; response | ARCH |
| 03/18/2010 | 2 | 190.00 | 0.15 | 28.50 | Telephone conference with Moburg; phone call to Moburg, attorney regarding 167 Anderson Hill Rd. | ARCH |
| 03/24/2010 | 2 | 190.00 | 0.35 | 66.50 | Prepare for first meeting | ARCH |
| 03/24/2010 | 2 | 190.00 | 1.00 | 190.00 | Travel time to Tacoma (1/2) | ARCH |
| 03/24/2010 | 2 | 190.00 | 0.25 | 47.50 | Conference with clients | ARCH |
| 03/24/2010 | 2 | 190.00 | 1.20 | 228.00 | First meeting and conference with Randall | ARCH |
| 03/25/2010 | 2 | 190.00 | 0.20 | 38.00 | Review and download motion for relief from stay on 595-34 Boistfort Rd.; open file and calendar | ARCH |
| 03/25/2010 | 2 | 190.00 | 0.85 | 161.50 | Conference with clients | ARCH |
| 03/25/2010 | 2 | 190.00 | 0.10 | 19.00 | Prepare correspondence to Raleigh regarding documents from first meeting | ARCH |
| 03/26/2010 | 2 | 190.00 | 0.15 | 28.50 | Telephone conference with Werner regarding possible buyer on 167 Anderson Hill Rd. | ARCH |
| 03/29/2010 | 2 | 190.00 | 0.15 | 28.50 | Review February report; instructions to file on ECF; emails to Greene and Sheffield with comments | ARCH |
| 03/30/2010 | 2 | 190.00 | 1.10 | 209.00 | Telephone conference with Greene - review all relief from stay motions, pleadings, discuss Madrona; discuss bar date; discuss obtaining records from auditor; discuss disclosure statement | ARCH |
| 04/01/2010 | 2 | 190.00 | 1.40 | 266.00 | Conference with Randall regarding Madrona mortgage loans | ARCH |
| 04/01/2010 | 2 | 190.00 | 0.20 | 38.00 | Prepare correspondence to Dille regarding Curtis Lake contracts; review CMA on those parcels | ARCH |
| 04/05/2010 | 2 | 190.00 | 0.15 | 28.50 | Finalize letter to Dille | ARCH |
| 04/06/2010 | 2 | 190.00 | 0.40 | 76.00 | Dictate certified statement of Johnson; response to Lehman Bros. relief from stay motion | ARCH |
| 04/07/2010 | 2 | 190.00 | 0.10 | 19.00 | Dictate meeting notes from 3/25 on Boistfort Water System - in advance of meeting with Blinks | ARCH |
| 04/07/2010 | 2 | 190.00 | 0.20 | 38.00 | Telephone conference with Joel regarding bar dates; sending notices to creditors - procedure | ARCH |
| 04/07/2010 | 2 | 190.00 | 0.10 | 19.00 | Telephone conference with Haslett and Green on Madrona debt | ARCH |
| 04/07/2010 | 2 | 190.00 | 0.70 | 133.00 | Conference with Clark Johnson - finalize affidavit on 595-34 Boistfort; review Puget Sound Investors lots | ARCH |
| 04/07/2010 | 2 | 190.00 | 0.20 | 38.00 | Conference with Sam regarding Nugent relief from stay motion and drafting response; emails to Joel regarding same issue | ARCH |
| 04/07/2010 | 2 | 190.00 | 0.20 | 38.00 | Prepare correspondence to Puget Sound Investors regarding four loans | ARCH |

**Client ID 16531.000 KLEE/WERNER E. & KATHLEEN**

HRS  G
Y  14.75
2.2

| Trans Date | Tmkr | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|
| 04/08/2010 | 2 | 190.00 | 0.25 | 47.50 | Telephone conference with Klee regarding relief from stay motions | ARCH |
| 04/08/2010 | 2 | 190.00 | 0.50 | 95.00 | Conference with Haslett on Madrona | ARCH |
| 04/08/2010 | 2 | 190.00 | 0.15 | 28.50 | Email to Green regarding Lehman Bros motion | ARCH |
| 04/08/2010 | 2 | 190.00 | 0.10 | 19.00 | Email to Jess Baker | ARCH |
| 04/08/2010 | 2 | 190.00 | 0.40 | 76.00 | Conference with Scott Blinks regarding Boistfort Water problems | ARCH |
| 04/08/2010 | 2 | 190.00 | 0.10 | 19.00 | Finalize notice to creditors | ARCH |
| 04/13/2010 | 2 | 190.00 | 0.25 | 47.50 | Work on creditors list for mailing notice regarding deadline for creditor's claims | ARCH |
| 04/14/2010 | 2 | 190.00 | 0.25 | 47.50 | Prepare response to relief from stay motion on 595-34 Boistfort and proposed order | ARCH |
| 04/19/2010 | 2 | 190.00 | 0.10 | 19.00 | Emails on Nugent hearing postponement and possible agreed order on matter | ARCH |
| 04/21/2010 | 2 | 190.00 | 0.10 | 19.00 | Telephone conference with bankruptcy court regarding no confirmation of argument | ARCH |
| 04/21/2010 | 2 | 190.00 | 0.15 | 28.50 | Telephone conference with Jesse Baker | ARCH |
| 04/28/2010 | 2 | 190.00 | 0.10 | 19.00 | Conference with Sam | ARCH |
| 04/28/2010 | 2 | 190.00 | 0.15 | 28.50 | Telephone conference with client | ARCH |
| 04/29/2010 | 2 | 190.00 | 0.20 | 38.00 | Telephone conference with client; email to Joel | ARCH |
| 05/03/2010 | 2 | 190.00 | 1.00 | 190.00 | Travel time to Tacoma (1/2) | ARCH |
| 05/03/2010 | 2 | 190.00 | 2.00 | 380.00 | Conference with Joel Green, Klees and Haslett at Eisenhower & Carlson's office | ARCH |
| 05/03/2010 | 2 | 190.00 | 0.25 | 47.50 | Draft response for Klee on relief from stay motion on 620 Boistfort Rd. | ARCH |
| 05/07/2010 | 2 | 190.00 | 0.65 | 123.50 | Conference with client - Boistfort Water; German mortgages; disclosure statement and plan; CMAs from Clark Johnson | ARCH |
| 05/07/2010 | 2 | 190.00 | 0.10 | 19.00 | Prepare correspondence to Van Draanen regarding March report and UST fee | ARCH |
| 05/12/2010 | 2 | 190.00 | 1.00 | 190.00 | Conference with client regarding Boistfort Water and disclosure statement | ARCH |
| 05/13/2010 | 2 | 190.00 | 0.25 | 47.50 | Prepare correspondence to Blinks regarding Boistfort Water problems | ARCH |
| 05/13/2010 | 2 | 190.00 | 0.20 | 38.00 | Redo letter on Boistfort Water | ARCH |
| 05/17/2010 | 2 | 190.00 | 0.15 | 28.50 | Review history; instructions to Jamie | ARCH |
| 05/18/2010 | 2 | 190.00 | 0.10 | 19.00 | Emails with Joel regarding claims deadline and work on disclosure statement | ARCH |
| 05/18/2010 | 2 | 190.00 | 0.25 | 47.50 | Review POCs from Madrona; download and copy | ARCH |
| 05/21/2010 | 2 | 190.00 | 0.20 | 38.00 | Review Anderson Hill CMAs; email to Joel; phone call to Klee regarding Madrona POCs and CMAs | ARCH |
| 05/26/2010 | 2 | 190.00 | 1.00 | 190.00 | Conference with client and Jim regarding Madrona Mortgage claims; conference with Werner regarding Boistfort Water; dictate memo; emails to Joel | ARCH |
| 05/28/2010 | 2 | 190.00 | 0.20 | 38.00 | Telephone conference with client; review April report; instructions to file April report | ARCH |
| 06/02/2010 | 2 | 200.00 | 0.15 | 30.00 | Telephone conference with Joel | ARCH |
| 06/03/2010 | 2 | 200.00 | 0.25 | 50.00 | Review new relief from stay motion on 627C Boistfort | ARCH |
| 06/03/2010 | 2 | 200.00 | 0.20 | 40.00 | Conference with Sam regarding rescheduling 6/11 hearings with Judge Lynch; email to Green | ARCH |
| 06/03/2010 | 2 | 200.00 | 0.50 | 100.00 | Conference with client regarding Madrona, realtor, water shares; email to Green | ARCH |
| 06/15/2010 | 2 | 200.00 | 0.15 | 30.00 | Email from Kent Huberly; reply; forward to Joel Green with comments | ARCH |
| 06/18/2010 | 2 | 200.00 | 0.75 | 150.00 | Prepare for meeting with Joel Green to discuss plan, hearings and marketing | ARCH |
| 06/18/2010 | 2 | 200.00 | 0.30 | 60.00 | Legal research regarding procedures on contested matters and subpoenas | ARCH |
| 06/18/2010 | 2 | 200.00 | 0.25 | 50.00 | Review new motion on 627A Boistfort | ARCH |
| 06/22/2010 | 2 | 200.00 | 1.00 | 200.00 | Travel time to Tacoma (1/2) | ARCH |
| 06/22/2010 | 2 | 200.00 | 0.65 | 130.00 | Prepare for meeting with Green regarding Madrona claims | ARCH |
| 06/22/2010 | 2 | 200.00 | 1.80 | 360.00 | Conference with Green - review Madrona claims and discuss objection strategies | ARCH |
| 06/23/2010 | 2 | 200.00 | 0.50 | 100.00 | First outline of claim objection on Madrona | ARCH |
| 06/23/2010 | 2 | 200.00 | 0.25 | 50.00 | Review new motion for relief on 170 Beville; email copy to Joel | ARCH |
| 06/24/2010 | 2 | 200.00 | 0.70 | 140.00 | Telephone conference with Joel regarding checklist of issues and Madrona claims | ARCH |
| 06/24/2010 | 2 | 200.00 | 0.70 | 140.00 | Conference with client | ARCH |
| 06/25/2010 | 2 | 200.00 | 0.45 | 90.00 | Legal research regarding lack of proof on claims; first draft of objection to claim 64 | ARCH |
| 06/28/2010 | 2 | 200.00 | 0.50 | 100.00 | Work on response for 627 A Boistfort Rd.; work on response for 170 Beville Rd. | ARCH |
| 06/29/2010 | 2 | 200.00 | 0.20 | 40.00 | Prepare correspondence to Baker; response on 627 A Boistfort | ARCH |

**Client ID 16531.000 KLEE/WERNER E. & KATHLEEN**

| Trans Date | Tmkr | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|
| 06/29/2010 | 2 | 200.00 | 1.25 | 250.00 | Conference regarding Madrona claims; reorganization plan status; CMAs; response on 627 A Boistfort | ARCH |
| 06/30/2010 | 2 | 200.00 | 0.40 | 80.00 | Continued work on objections | ARCH |
| 07/01/2010 | 2 | 200.00 | 1.00 | 200.00 | Conference at Hometown Escrow regarding Madrona claims; memo to file; email to Joel with draft objections | ARCH |
| 07/02/2010 | 2 | 200.00 | 0.70 | 140.00 | Conference regarding Madrona claims; sign reply on 627 A Boistfort; discuss real estate sales and CMAs; discuss Ch. 11 plan and timing | ARCH |
| 07/02/2010 | 2 | 200.00 | 0.65 | 130.00 | Telephone conference with Joel Green regarding hearings on 7/14; discuss second mortgages and cram downs; discuss claim objection | ARCH |
| 07/02/2010 | 2 | 200.00 | 0.25 | 50.00 | Dictate objections to claims 69-70; email first drafts to Joel | ARCH |
| 07/06/2010 | 2 | 200.00 | 0.75 | 150.00 | Conference regarding claim objections | ARCH |
| 07/06/2010 | 2 | 200.00 | 0.20 | 40.00 | Dictate final draft on objections | ARCH |
| 07/07/2010 | 2 | 200.00 | 0.20 | 40.00 | Review Randall objection to motion to extend exclusivity; send copy to Green and email about responding | ARCH |
| 07/08/2010 | 2 | 200.00 | 0.25 | 50.00 | Telephone conference with client on corrections on objections; prepare order | ARCH |
| 07/08/2010 | 2 | 200.00 | 0.35 | 70.00 | Conference with client to sign objections and discuss 7/14 hearings; letter to Randall regarding objections; instructions to file objections; email to Green regarding hearings | ARCH |
| 07/09/2010 | 2 | 200.00 | 0.05 | 10.00 | Email to Joel regarding Tuesday hearings and meeting | ARCH |
| 07/12/2010 | 2 | 200.00 | 1.00 | 200.00 | Organize files and review to prepare for 7/14 meeting with Klees and Green; dictate notes; prepare response on 627 C Boistfort relief from stay; phone call to Kathleen | ARCH |
| 07/12/2010 | 2 | 200.00 | 0.25 | 50.00 | Conference with client to sign response on 627 C Boistfort and discuss possible buyers on 155 Anderson Hill | ARCH |
| 07/13/2010 | 2 | 200.00 | 0.10 | 20.00 | Email from Jean regarding June report and payment of fees; reply | ARCH |
| 07/14/2010 | 2 | 200.00 | 1.00 | 200.00 | Travel time to Tacoma (1/2) | ARCH |
| 07/14/2010 | 2 | 200.00 | 0.70 | 140.00 | Conference with Randall regarding Madrona objection to extension on plan and Madrona claims | ARCH |
| 07/14/2010 | 2 | 200.00 | 2.25 | 450.00 | Conference with clients and Joel Green regarding 3 page checklist of issues for plan and creditor issues | ARCH |
| 07/16/2010 | 2 | 200.00 | 0.40 | 80.00 | Work on FRCP 34 requests to Madrona and cover letter | ARCH |
| 07/19/2010 | 2 | 200.00 | 0.20 | 40.00 | Dictate notes from 7/14 meeting with Green and clients | ARCH |
| 07/19/2010 | 2 | 200.00 | 0.10 | 20.00 | Prepare correspondence to McMahon on 170 Beville | ARCH |
| 07/20/2010 | 2 | 200.00 | 0.20 | 40.00 | Telephone conference regarding 167 Anderson Hill from Werner | ARCH |
| 07/20/2010 | 2 | 200.00 | 0.75 | 150.00 | Conference with Werner to discuss 170 Beville and Chapter 11 reorganization plan and appraisals; sign permission forms from GMAC Mortgage | ARCH |
| 07/21/2010 | 2 | 200.00 | 0.40 | 80.00 | Legal research regarding undersecured banks; emails to Van Draanen and Joel | ARCH |
| 07/23/2010 | 2 | 200.00 | 0.20 | 40.00 | Email to Haberly regarding Puget Sound Investor lots; instructions to set up meeting | ARCH |
| 07/26/2010 | 2 | 200.00 | 0.75 | 150.00 | Conference with Nadyne Tauscher-her office regarding appraisal/valuation consultation | 292 |
| 07/26/2010 | 2 | 200.00 | 0.50 | 100.00 | Travel time to Olympia - state law library (1/2) | 293 |
| 07/26/2010 | 2 | 200.00 | 1.25 | 250.00 | Research regarding reorganization plan treatment on non-recourse mortgages | 294 |
| 07/26/2010 | 2 | 200.00 | 0.15 | 30.00 | Prepare correspondence to Green with notes and cases regarding mortgages and plan of reorganization | 295 |
| 07/28/2010 | 2 | 200.00 | 0.20 | 40.00 | Telephone conference with Green; email to Green regarding meeting to outline plan and 8/11 hearings | 296 |
| 07/29/2010 | 2 | 200.00 | 0.70 | 140.00 | Two phone conferences with Green regarding deeds in lieu; phone call with Clark Johnson regarding Puget Sound Investor lots; research regarding tax issues on deeds in lieu; review motion on 170 Beville Rd. | 297 |
| 07/31/2010 | 2 | 200.00 | 0.25 | 50.00 | Telephone conference with Jim Randall regarding requests for production; emails to Green and Randall regarding claim objections | 298 |

Handwritten annotations in margin: HRS, Y, G, 9.1, .5

| Trans Date | Tmkr | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|

**Client ID 16531.000 KLEE/WERNER E. & KATHLEEN**

| Trans Date | Tmkr | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|
| 08/02/2010 | 2 | 200.00 | 0.50 | 100.00 | Travel time to Olympia (1/2) | 299 |
| 08/02/2010 | 2 | 200.00 | 0.65 | 130.00 | Conference with Randall | 300 |
| 08/02/2010 | 2 | 200.00 | 0.10 | 20.00 | Instructions regarding 8/11 hearings and calling Haslett | 301 |
| 08/02/2010 | 2 | 200.00 | 0.25 | 50.00 | Telephone conference with Brian Luque regarding application to employ; draft | 302 |
| 08/02/2010 | 2 | 200.00 | 0.25 | 50.00 | Prepare for tomorrow meeting with Green in Tacoma | 303 |
| 08/03/2010 | 2 | 200.00 | 0.50 | 100.00 | Travel time to Tacoma (1/2) | 304 |
| 08/03/2010 | 2 | 200.00 | 2.00 | 400.00 | Conference with Joel Green | 305 |
| 08/03/2010 | 2 | 200.00 | 1.50 | 300.00 | Conference with client - discuss houses for 8/11 hearings; meeting with Clark Johnson - review value of lots | 306 |
| 08/04/2010 | 2 | 200.00 | 0.25 | 50.00 | Prepare for meeting with Haslett | 311 |
| 08/04/2010 | 2 | 200.00 | 0.65 | 130.00 | Conference with Haslett | 312 |
| 08/04/2010 | 2 | 200.00 | 0.25 | 50.00 | Telephone conference with Joel Green | 313 |
| 08/05/2010 | 2 | 200.00 | 0.20 | 40.00 | Email to Joel regarding Puget Sound Investor lots with recommendations | 314 |
| 08/05/2010 | 2 | 200.00 | 0.10 | 20.00 | Email to Joel regarding 8/11 and 9/1 relief from stay hearings and cram downs | 315 |
| 08/05/2010 | 2 | 200.00 | 0.10 | 20.00 | Email to Joel regarding Adams | 316 |
| 08/05/2010 | 2 | 200.00 | 0.50 | 100.00 | Review rules on 1111(b) election | 317 |
| 08/06/2010 | 2 | 200.00 | 0.20 | 40.00 | Dictate memo regarding meetings with Joel regarding 8/11 hearings and plan; with Klee regarding sale of 167 Anderson Hill Rd. | 318 |
| 08/06/2010 | 2 | 200.00 | 0.65 | 130.00 | Conference with clients regarding 8/11 hearings | 319 |
| 08/09/2010 | 2 | 200.00 | 0.40 | 80.00 | Telephone conference with client regarding three houses on Wednesday calendar; email from/to Green | 320 |
| 08/09/2010 | 2 | 200.00 | 0.20 | 40.00 | Telephone conference with client - 2nd call regarding plan and hearings | 321 |
| 08/10/2010 | 2 | 200.00 | 0.30 | 60.00 | Telephone conference with Werner regarding court hearings tomorrow; listing bare land with Clark Johnson; planning meeting with Green; email to Green | 322 |
| 08/11/2010 | 2 | 200.00 | 0.65 | 130.00 | Conference with clients - review lots to list for sale; conference regarding Madrona issues | 324 |
| 08/12/2010 | 2 | 200.00 | 0.05 | 10.00 | Telephone conference with Randall with update on loan records | 325 |
| 08/17/2010 | 2 | 200.00 | 0.20 | 40.00 | Review motion for relief - 167 Anderson Hill Rd.; phone call to Werner regarding meeting tomorrow | 326 |
| 08/18/2010 | 2 | 200.00 | 1.00 | 200.00 | Travel time to Tacoma (1/2) | 327 |
| 08/18/2010 | 2 | 200.00 | 3.40 | 680.00 | Conference with Klees and Green regarding Madrona, plan and 167 Anderson Hill Rd. | 328 |
| 08/19/2010 | 2 | 200.00 | 0.10 | 20.00 | Scan and email sample real estate plan and disclosure to Joel with cover letter | 329 |
| 08/19/2010 | 2 | 200.00 | 0.20 | 40.00 | Prepare correspondence to Randall regarding CR 34 answers and 9/1 hearing | 330 |
| 08/20/2010 | 2 | 200.00 | 0.25 | 50.00 | Email to Haberly regarding putting lots on market and those to abandon; letter to Clark with copy of mortgages | 331 |
| 08/20/2010 | 2 | 200.00 | 0.25 | 50.00 | Draft amendment to objection to POC 65 regarding deed release | 332 |
| 08/20/2010 | 2 | 200.00 | 0.20 | 40.00 | Email from Joel regarding plan; reply; finalize letter to Randall; phone call to Joel | 333 |
| 08/23/2010 | 2 | 200.00 | 0.20 | 40.00 | Email from Haberly and reply | 334 |
| **Subtotal for Timekeeper 2** | | Billable | 102.95 | 19,945.90 | Richard A. Paroutaud | |
| 02/22/2010 | 6 | 90.00 | 0.20 | 18.00 | Work On-line for tax ID number | ARCH |
| **Subtotal for Timekeeper 6** | | Billable | 0.20 | 18.00 | Karen Emerson | |
| 01/20/2010 | 15 | 65.00 | 0.15 | 9.75 | Prepare motion to convert case | ARCH |
| 01/25/2010 | 15 | 65.00 | 2.50 | 162.50 | Prepare multiple motions, applications and orders; download and print documents from bankruptcy court web site | ARCH |
| 01/26/2010 | 15 | 65.00 | 0.75 | 48.75 | Work on motions and orders; type notes from client; open sub files | ARCH |
| 01/26/2010 | 15 | 65.00 | 0.10 | 6.50 | Type client's notes | ARCH |
| 01/27/2010 | 15 | 65.00 | 1.50 | 97.50 | Organize Green emails; prepare certificate of mailing and order shortening time; phone call with client; emails to Rich | ARCH |
| 01/28/2010 | 15 | 65.00 | 0.20 | 13.00 | Redraft motions and applications; phone call with Mittge | ARCH |
| 01/28/2010 | 15 | 65.00 | 0.50 | 32.50 | Copy and mail notices in accordance with affidavit of mailing | ARCH |
| 01/28/2010 | 15 | 65.00 | 1.00 | 65.00 | Convert and electronically file motions and | ARCH |

Handwritten annotations in left margin: "HRS", "Y", "G", "4.75", "1.45", "Y", "6.7"

**Client ID 16531.000 KLEE/WERNER E. & KATHLEEN**

| Trans Date | Tmkr | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|
| | | | | | applications with bankruptcy court | |
| 02/02/2010 | 15 | 65.00 | 0.20 | 13.00 | Work on response | ARCH |
| 02/04/2010 | 15 | 65.00 | 0.35 | 22.75 | Confirm all motions and applications | ARCH |
| 02/04/2010 | 15 | 65.00 | 0.15 | 9.75 | Convert and electronically file response with bankruptcy court | ARCH |
| 02/09/2010 | 15 | 65.00 | 0.40 | 26.00 | Convert and electronically file orders with bankruptcy court | ARCH |
| 02/10/2010 | 15 | 65.00 | 0.10 | 6.50 | Telephone conference with real estate agent | ARCH |
| 02/10/2010 | 15 | 65.00 | 0.15 | 9.75 | Telephone conference with Jean Sheffield; memo to Rich | ARCH |
| 02/11/2010 | 15 | 65.00 | 0.25 | 16.25 | Work on motion and order to employ Jean Sheffield | ARCH |
| 02/11/2010 | 15 | 65.00 | 0.05 | 3.25 | Telephone conference with Jean Sheffield | ARCH |
| 02/12/2010 | 15 | 65.00 | 0.15 | 9.75 | Convert and electronically file application to employ Jean Sheffield with bankruptcy court | ARCH |
| 02/16/2010 | 15 | 65.00 | 0.10 | 6.50 | Telephone conference with client | ARCH |
| 02/23/2010 | 15 | 65.00 | 0.20 | 13.00 | Prepare affidavit of no response; email to UST | ARCH |
| 02/23/2010 | 15 | 65.00 | 0.20 | 13.00 | Work on declaration regarding Deutsche Bank | ARCH |
| 02/24/2010 | 15 | 65.00 | 0.35 | 22.75 | Prepare certificate of mailing; copy and mail response to Deutsche Bank's attorney; convert and electronically file documents with court | ARCH |
| 02/25/2010 | 15 | 65.00 | 0.60 | 39.00 | Work on 20 largest creditors list | ARCH |
| 03/03/2010 | 15 | 65.00 | 0.35 | 22.75 | Convert and electronically file declaration of no response and order to employ Sheffield; convert and electronically file 20 largest creditors list | ARCH |
| 03/05/2010 | 15 | 65.00 | 0.20 | 13.00 | Work on application to employ realtor | ARCH |
| 03/08/2010 | 15 | 65.00 | 0.20 | 13.00 | Fax to Clark Johnson; finalize motion to employ realtor | ARCH |
| 03/09/2010 | 15 | 65.00 | 2.00 | 130.00 | Draft bankruptcy schedules | ARCH |
| 03/09/2010 | 15 | 65.00 | 0.20 | 13.00 | Convert motion and declaration to employ real estate broker and email to UST | ARCH |
| 03/11/2010 | 15 | 65.00 | 0.60 | 39.00 | Redraft schedules | ARCH |
| 03/15/2010 | 15 | 65.00 | 0.40 | 26.00 | Prepare amended schedules; prepare affidavit of no response; email to Green | ARCH |
| 03/15/2010 | 15 | 65.00 | 0.15 | 9.75 | Prepare order to employ real estate broker | ARCH |
| 03/16/2010 | 15 | 65.00 | 0.20 | 13.00 | Redraft amended schedules | ARCH |
| 03/16/2010 | 15 | 65.00 | 0.25 | 16.25 | Convert and electronically file motion and order to employ real estate broker | ARCH |
| 03/16/2010 | 15 | 65.00 | 0.35 | 22.75 | Redraft amended schedules; convert and electronically file amended schedules | ARCH |
| 03/19/2010 | 15 | 65.00 | 0.10 | 6.50 | Prepare declaration of no change | ARCH |
| 03/19/2010 | 15 | 65.00 | 0.10 | 6.50 | Prepare form 22B | ARCH |
| 03/25/2010 | 15 | 65.00 | 0.20 | 13.00 | Convert and electronically file B22B and declaration of no change | ARCH |
| 03/29/2010 | 15 | 65.00 | 0.15 | 9.75 | Convert and electronically file February financial report | ARCH |
| 04/06/2010 | 15 | 65.00 | 0.35 | 22.75 | Work on declaration of Clark Johnson | ARCH |
| 04/06/2010 | 15 | 65.00 | 0.15 | 9.75 | Telephone conference with Clark Johnson; note to Rich | ARCH |
| 04/08/2010 | 15 | 65.00 | 0.15 | 9.75 | Draft notice and proof of claim form | ARCH |
| 04/09/2010 | 15 | 65.00 | 0.20 | 13.00 | Email to Joel Green; prepare certificate of mailing | ARCH |
| 04/13/2010 | 15 | 65.00 | 0.40 | 26.00 | Prepare certificate of mailing | ARCH |
| 04/13/2010 | 15 | 65.00 | 0.50 | 32.50 | Copy and mail notices; scan and electronically file notice and proof of claim form | ARCH |
| 04/14/2010 | 15 | 65.00 | 0.25 | 16.25 | Work on response and order | ARCH |
| 04/15/2010 | 15 | 65.00 | 0.25 | 16.25 | Scan and electronically file response on Nugent and Aurora motions for relief and supporting documents | ARCH |
| 05/03/2010 | 15 | 65.00 | 0.10 | 6.50 | Electronically file declaration of Klee on Aurora motion | ARCH |
| 05/07/2010 | 15 | 65.00 | 0.15 | 9.75 | Scan and electronically file March financial report | ARCH |
| 05/25/2010 | 15 | 65.00 | 0.15 | 9.75 | Telephone conference with client; memo to Rich | ARCH |
| 06/02/2010 | 15 | 75.00 | 0.15 | 11.25 | Scan and electronically file April 2010 financial report | ARCH |
| 06/11/2010 | 15 | 75.00 | 0.15 | 11.25 | Scan and electronically file declaration of Klee with bankruptcy court | ARCH |
| 06/11/2010 | 15 | 75.00 | 0.35 | 26.25 | Review claims register; prepare certificate of mailing | ARCH |
| 06/11/2010 | 15 | 75.00 | 0.35 | 26.25 | Copy and mail notices in accordance with certificate of mailing | ARCH |
| 06/11/2010 | 15 | 75.00 | 0.15 | 11.25 | Scan and electronically file certificate of mailing with bankruptcy court | ARCH |
| 06/29/2010 | 15 | 75.00 | 0.35 | 26.25 | Work on objection | ARCH |
| 06/30/2010 | 15 | 75.00 | 0.20 | 15.00 | Scan and electronically file monthly financial report | ARCH |
| 06/30/2010 | 15 | 75.00 | 0.15 | 11.25 | Work on declaration of Klee | ARCH |
| 06/30/2010 | 15 | 75.00 | 0.35 | 26.25 | Work on objections | ARCH |
| 07/06/2010 | 15 | 75.00 | 0.15 | 11.25 | Convert and electronically file declaration of Klee | ARCH |
| 07/06/2010 | 15 | 75.00 | 0.50 | 37.50 | Work on Madrona objections | ARCH |

| Trans Date | Tmkr | Rate | Hours to Bill | Amount | Description | Ref # |
|---|---|---|---|---|---|---|
| | | | | | **Client ID 16531.000 KLEE/WERNER E. & KATHLEEN** | |
| 07/07/2010 | 15 | 75.00 | 0.35 | 26.25 | Work on Madrona objections | ARCH |
| 07/08/2010 | 15 | 75.00 | 0.60 | 45.00 | Convert and electronically file objections to Madrona claims | ARCH |
| 07/12/2010 | 15 | 75.00 | 0.20 | 15.00 | Work on declaration | ARCH |
| 07/12/2010 | 15 | 75.00 | 0.15 | 11.25 | Convert and electronically file declaration with bankruptcy court | ARCH |
| 07/14/2010 | 15 | 75.00 | 0.15 | 11.25 | Convert and electronically file stipulation and order regarding Nugent motion | ARCH |
| 07/16/2010 | 15 | 75.00 | 0.20 | 15.00 | Work on requests for production to Madrona | ARCH |
| 07/23/2010 | 15 | 75.00 | 0.10 | 7.50 | Telephone conference with Clark Johnson; note to Rich | ARCH |
| 08/03/2010 | 15 | 75.00 | 0.15 | 11.25 | Continue hearing dates on objections from 8/11 to 9/1 | 307 |
| 08/03/2010 | 15 | 75.00 | 0.20 | 15.00 | Prepare application and order to appoint Luque | 308 |
| 08/03/2010 | 15 | 75.00 | 0.10 | 7.50 | Telephone conference with Jim Haslett; note to Rich | 309 |
| 08/03/2010 | 15 | 75.00 | 0.15 | 11.25 | Scan and electronically file monthly financial report | 310 |
| 08/23/2010 | 15 | 75.00 | 0.20 | 15.00 | Work on amendment to objection | 335 |
| 08/23/2010 | 15 | 75.00 | 0.15 | 11.25 | Confirm objections for argument | 336 |
| **Subtotal for Timekeeper 15** | | Billable | 23.60 | 1,589.50 | Jamie Scott | |
| 02/16/2010 | 33 | 150.00 | 0.40 | 60.00 | Telephone conference with counsel Joel Green. | ARCH |
| 02/16/2010 | 33 | 150.00 | 0.10 | 15.00 | Telephone conference with counsel for Wells Fargo Bank. | ARCH |
| 02/17/2010 | 33 | 150.00 | 0.40 | 60.00 | Conference with client to review proof of insurance documentation and proposed flood maps affecting property values. | ARCH |
| 02/19/2010 | 33 | 150.00 | 0.20 | 30.00 | Action on file - send insurance documents to UST examiner. Call to client re: meeting date for telephone conf. | ARCH |
| 02/22/2010 | 33 | 150.00 | 0.70 | 105.00 | Review legal documents - notice of default, trustee sales, proof of claim and motions for relief from stay. | ARCH |
| 02/22/2010 | 33 | 150.00 | 1.00 | 0.00 | Conference with client and Richard Paroutaud. No Charge. | ARCH |
| 03/15/2010 | 33 | 150.00 | 0.70 | 105.00 | Action on file - review all motions for relief from stay and prepare outline of current status. Email to opposing counsel re: continuing hearing. | ARCH |
| 04/02/2010 | 33 | 150.00 | 0.30 | 45.00 | Review Nugent relief from stay. Telephone conference with counsel Gusa. | ARCH |
| 04/07/2010 | 33 | 150.00 | 0.30 | 45.00 | Conference with Clark Johnson re: values of properties in Nugent relief from stay. | ARCH |
| 04/14/2010 | 33 | 150.00 | 0.60 | 90.00 | Prepare legal documents - response to relief from stay for Nugent properties. | ARCH |
| 04/16/2010 | 33 | 150.00 | 0.20 | 30.00 | Telephone conference with counsel re: continuance of hearing and potential settlement. | ARCH |
| 04/28/2010 | 33 | 150.00 | 0.30 | 45.00 | Telephone conference with counsel for Nugent. Draft email correspondence to counsel. | ARCH |
| 05/07/2010 | 33 | 150.00 | 0.20 | 30.00 | Conference with client re: deeding of properties to Nugent and existence of any liens on the land. | ARCH |
| 05/12/2010 | 33 | 150.00 | 0.10 | 15.00 | Telephone conference with counsel re: order allowing relief for stay on Nugent properties. | ARCH |
| 06/10/2010 | 33 | 175.00 | 0.20 | 35.00 | Telephone conference with client re: motion to extend. Telephone conf. with counsel Green. | ARCH |
| 06/10/2010 | 33 | 175.00 | 2.10 | 367.50 | Conference with client to review motion and dec. to extend exclusivity, review multiple relief from stay motions, review proof of claims, and discuss potential objection to Madrona claim. | ARCH |
| 07/07/2010 | 33 | 175.00 | 0.50 | 87.50 | Review legal documents - Nugent Stipulation and Order for Relief from Stay. Call to client. | ARCH |
| 07/09/2010 | 33 | 175.00 | 0.50 | 87.50 | Telephone conference with client. Call to opposing counsel. | ARCH |
| 07/12/2010 | 33 | 175.00 | 0.70 | 122.50 | Conference with client to review stipulation and order returning property to Nugent. | ARCH |
| 07/29/2010 | 33 | 175.00 | 0.20 | 35.00 | Action on file - follow up on Klee order and recission recording. | 291 |
| 08/11/2010 | 33 | 175.00 | 0.20 | 35.00 | Review records for transfer of properties re: stipulation. Telephone message with counsel to follow up on auditor filing. | 323 |
| **Subtotal for Timekeeper 33** | | Billable | 9.90 | 1,445.00 | Sam Groberg | |
| **Subtotal for Fees** | | Billable | 136.65 | 22,998.40 | | |
| 01/21/2010 | 2 | | | 56.00 | Mileage - r/t Tacoma, park (1605.00) RICHARD PAROUTAUD | ARCH |
| 01/28/2010 | 2 | | | 102.00 | Photocopies - mailing notices to creditors | ARCH |

|              | Trans Date | Tmkr | Rate | Hours to Bill | Amount |                                                                                               | Ref # |
|--------------|------------|------|------|---------------|--------|-----------------------------------------------------------------------------------------------|-------|
| **Client ID 16531.000 KLEE/WERNER E. & KATHLEEN** | | | | | | | |
|              | 02/09/2010 | 2    |      |               | 54.00  | Mileage r/t Tacoma + park $54 (1605.00) RICHARD PAROUTAUD                                     | ARCH  |
|              | 03/24/2010 | 2    |      |               | 54.00  | Mileage (1605.00) RICHARD PAROUTAUD                                                           | ARCH  |
|              | 04/13/2010 | 2    |      |               | 21.56  | Mailing Costs for sending notices to all creditors                                            | ARCH  |
|              | 04/13/2010 | 2    |      |               | 22.05  | Photocopies                                                                                   | ARCH  |
|              | 06/11/2010 | 2    |      |               | 22.20  | Mailing Costs - Notices of Hearing to all creditors and interested parties                    | ARCH  |
|              | 06/11/2010 | 2    |      |               | 24.75  | Photocopies                                                                                   | ARCH  |
|              | 06/22/2010 | 2    |      |               | 56.00  | Mileage$56.00  r/t Tacoma + park(1605.00) RICHARD PAROUTAUD                                   | ARCH  |
|              | 07/26/2010 | 2    |      |               | 27.50  | Mileage $27.50 r/t Olympia (1605.00) RICHARD PAROUTAUD                                        | 14    |
|              | 08/03/2010 | 2    |      |               | 16.50  | Mileage $16.50 - r/t Tacoma + park (1605.00) RICHARD PAROUTAUD                                | 15    |
|              | 08/02/2010 | 2    |      |               | 15.00  | Mileage $15.00 - r/t Olympia + park - meeting with Randall. (1605.00) RICHARD PAROUTAUD       | 16    |
|              | 08/18/2010 | 2    |      |               | 61.25  | Mileage $61.25  r/t Tacoma + park (1605.00) RICHARD PAROUTAUD                                 | 17    |
| **Subtotal for Timekeeper 2** | | | Billable | 0.00 | 532.81 | Richard A. Paroutaud | |
| Subtotal for Expenses | | | Billable | 0.00 | 532.81 | | |
|              | 01/28/2010 | 2    |      |               | 31.20  | Postage for mailing bankruptcy notices to creditors                                           | ARCH  |
|              | 02/08/2010 | 2    |      |               | 22.00  | Certified Copies (1605.00) RICHARD PAROUTAUD                                                  | ARCH  |
|              | 03/16/2010 | 2    |      |               | 26.00  | Filing Fee for amended schedules                                                              | ARCH  |
|              | 06/04/2010 | 2    |      |               | 88.89  | Professional Services (809.00) HILLIER & SCHEIBMEIR, P.S.                                     | ARCH  |
| **Subtotal for Timekeeper 2** | | | Billable | 0.00 | 168.09 | Richard A. Paroutaud | |
| Subtotal for Advances | | | Billable | 0.00 | 168.09 | | |
| **Total for Client ID 16531.000** | | | Billable | 136.65 | 23,699.30 | KLEE/WERNER E. & KATHLEEN CHAPTER 11 BANKRUPTCY ADVICE | |

**GRAND TOTALS**

|   |   |   | Billable | 136.65 | 23,699.30 |   |   |

*Consult payment*    −100.   *see next page*

23,599.33

| Trans Date | Tmkr | Stmt # Rate | Amount | | Ref # |
|---|---|---|---|---|---|
| Client ID 16531.000 KLEE/WERNER E. & KATHLEEN | | | | | |
| 12/09/2009 | | | 100.00 | Consult Payment ****Thank You**** - cash | ARCH |
| Total for Client ID 16531.000 | | Payments | 100.00 | KLEE/WERNER E. & KATHLEEN CHAPTER 11 BANKRUPTCY ADVICE | |

**GRAND TOTALS**

Payments      100.00