*Sumdei Services*
*Jean P. Sheffield EA*
*464 Boone Road*
*Ethel, WA 98542*

## Invoice

| Date | Invoice # |
|---|---|
| 4/7/2010 | 240 |

| Bill To |
|---|
| Werner & Kathleen Klee<br>Case #09-49455 |

| Description | Amount |
|---|---|
| Bookkeeping<br>Meeting at Richard Paroutaud office | 70.00 |
| Bookkeeping<br>meeting at Paroutaud office | 26.25 |
| Bookkeeping<br>initial meeting at Klee's, review what they had, record keeping training | 96.25 |
| Bookkeeping<br>phone call Werner | 3.50 |
| Bookkeeping<br>phone call/ Werner to set up appt and change appt, email to atty for Sch A. | 10.50 |
| Bookkeeping<br>meeting at Klee's, review bank statements, fill in economik, discn with Werner and Jeanie about how to keep the records | 108.50 |
| Bookkeeping<br>review information, initial set up of QuickBooks | 17.50 |
| Bookkeeping<br>Complete QuickBooks entries, Prepare February UST report | 175.00 |
| Bookkeeping<br>Meet with Werner & Kathleen to sign report, drop report by attorneys | 17.50 |
| **Total** | **$525.00** |

| Phone # | Fax # | E-mail |
|---|---|---|
| 360-219-8856 | | sumdei@toledotel.com |