*Sumdei Services*
*Jean P. Sheffield EA*
*464 Boone Road*
*Ethel, WA 98542*

# Invoice

| Date | Invoice # |
|---|---|
| 5/21/2010 | 246 |

| Bill To |
|---|
| Werner & Kathleen Klee<br>Case #09-49455 |

| Description | Amount |
|---|---|
| Bookkeeping<br>phone calls, emails Rich P. re: rentals | 35.00 |
| Bookkeeping<br>filing, enter March activity | 35.00 |
| Bookkeeping<br>on site | 35.00 |
| Bookkeeping<br>Prepare March UST Report | 105.00 |
| Bookkeeping<br>on site | 35.00 |
| Bookkeeping<br>Prepare April UST Report | 140.00 |

**Total** $385.00

| Phone # | Fax # | E-mail |
|---|---|---|
| 360-219-8856 | | sumdei@toledotel.com |