*Sumdei Services*  
*Jean P. Sheffield EA*  
*464 Boone Road*  
*Ethel, WA 98542*

*Invoice*

| Date | Invoice # |
|---|---|
| 6/22/2010 | 253 |

| Bill To |
|---|
| Werner & Kathleen Klee<br>Case #09-49455 |

| Description | Amount |
|---|---|
| Bookkeeping<br>Onsite with Werner to get data for May | 35.00 |
| Bookkeeping<br>enter May activity and reconcile bank accounts | 105.00 |
| Bookkeeping<br>work on UST report | 140.00 |
| phone calls with Werner, e-mail with attorney | 35.00 |

| | Total | $315.00 |
|---|---|---|

| Phone # | Fax # | E-mail |
|---|---|---|
| 360-219-8856 | | sumdei@toledotel.com |