Sumdei Services
Jean P. Sheffield EA
464 Boone Road
Ethel, WA 98542

# Statement

| Date |
|---|
| 7/12/2010 |

**To:**
Werner & Kathleen Klee
Case #09-49455

| Amount Due | Amount Enc. |
|---|---|
| $1,225.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/07/2010 | INV #240. Due 04/07/2010. Orig. Amount $525.00.<br>--- Bookkeeping, 2 @ $35.00 = 70.00<br>--- Bookkeeping, 0.75 @ $35.00 = 26.25<br>--- Bookkeeping, 2.75 @ $35.00 = 96.25<br>--- Bookkeeping, 0.1 @ $35.00 = 3.50<br>--- Bookkeeping, 0.3 @ $35.00 = 10.50<br>--- Bookkeeping, 3.1 @ $35.00 = 108.50<br>--- Bookkeeping, 0.5 @ $35.00 = 17.50<br>--- Bookkeeping, 5 @ $35.00 = 175.00<br>--- Bookkeeping, 0.5 @ $35.00 = 17.50 | 525.00 | 525.00 |
| 05/21/2010 | INV #246. Due 05/21/2010. Orig. Amount $385.00.<br>--- Bookkeeping, 1 @ $35.00 = 35.00<br>--- Bookkeeping, 1 @ $35.00 = 35.00<br>--- Bookkeeping, 1 @ $35 = 35.00<br>--- Bookkeeping, 3 @ $35.00 = 105.00<br>--- Bookkeeping, 1 @ $35 = 35.00<br>--- Bookkeeping, 4 @ $35.00 = 140.00 | 385.00 | 910.00 |
| 06/22/2010 | INV #253. Due 06/22/2010. Orig. Amount $315.00.<br>--- Bookkeeping, 1 @ $35 = 35.00<br>--- Bookkeeping, 3 @ $35.00 = 105.00<br>--- Bookkeeping, 4 @ $35.00 = 140.00<br>--- Bookkeeping $35.00 | 315.00 | 1,225.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 315.00 | 385.00 | 0.00 | 525.00 | $1,225.00 |