Law Office of Joel G. Green
411 – 25th Ave. E.
Seattle Washington 98112-4717
Email: JoelGreenLaw@gmail.com

Hon. Brian D. Lynch
Hearing Date: 11/10/2010
Hearing Time: 9:00 a.m.
Response Date: 11/9/2010
Courtroom I: Tacoma

Attorneys for: Werner and Kathleen Klee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re:

WERNER E. KLEE and KATHLEEN J. KLEE,

    Debtors.

Case No.: 09-49455

ORDER APPROVING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS ON SHORTENED TIME

THIS MATTER came before the Court on the Motion of Werner and Kathleen Klee, the debtors and debtors in possession herein ("the Klees"), by and through the undersigned counsel, and move this Court to approve a sale of improved real property to Charity Fisher and Derrick Dawson ("Fisher") for $235,000.00, all cash at closing, pursuant to 11 USC § 363(f), free and clear of liens, with any liens attaching to the proceeds of sale, on shortened time. The Court has reviewed the files and records in this case, including the Motion, the Supporting Declaration of

ORDER APPROVING SALE OF REAL PROPERTY
FREE AND CLEAR OF LIENS ON SHORTENED TIME

**JOEL G. GREEN**
**Attorney at Law**
**411 – 25th Ave. E.**
**Seattle, Washington 98112-4717**
**(206) 550-1900**

Werner Klee and any response filed. The Court is fully advised and prepared to rule on the merits of the Motion.

### FINDINGS AND CONCLUSIONS

NOW THEREFORE, the Court finds and concludes, as follows:

Notice of the hearing on the Motion was reasonable and proper for purposes of 11 USC § 363, Bankruptcy Rule 2002, and Local Bankruptcy Rule 9013; and the sale free and clear of liens with liens attaching to the proceeds of sale is a benefit to the estate and should be approved.

### ORDER

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Motion to sell is approved. The sale of the property legally described as follows:

Lot 1 of Large Lot Subdivision No. LLS-04-0007, recorded on November 30, 2005 under Auditor's File No. 3238585, in the West half of the Northeast quarter of the Southwest quarter of Section 31, Township 13 North, Range 3 West, W.M.
TOGETHER WITH an easement for ingress, egress and utilities over that certain 60 foot wide strip as delineated on said Large Lot Subdivision.
ALSO TOGETHER WITH an easement for ingressm, egress and utilities over the South 10 feet of Lot 1 of Survey recorded on October 19, 2004 in Volume 23 of Surveys, page 95, under Auditor's File NO. 3208257.
LEWIS COUNTY, WASHINGTON

is hereby approved free and clear of liens, with liens attaching to the proceeds of sale in the order of their priority after payment of the usual and accustomed costs of closing the sale.

2. The net proceeds of sale shall be paid into ~~the debtor in possession bank account held by the Klees.~~ a separate, interest bearing trust account with Mano, McKerricher &Parotaud Inc. Until further order of the court. BDL

DONE THIS _____ day of November 2010.

Brian D. Lynch
United States Bankruptcy Judge
(Dates as of Entered on Docket date above)

ORDER APPROVING SALE OF REAL PROPERTY
FREE AND CLEAR OF LIENS ON SHORTENED TIME      2

JOEL G. GREEN
Attorney at Law
411 – 25th Ave. E.
Seattle, Washington 98112-4717
(206) 550-1900

Presented by:

LAW OFFICE OF JOEL G. GREEN
By     /s/ Joel Green
    Joel G. Green, WSBA #8706

ORDER APPROVING SALE OF REAL PROPERTY
FREE AND CLEAR OF LIENS ON SHORTENED TIME    3

**JOEL G. GREEN**
**Attorney at Law**
**411 – 25th Ave. E.**
**Seattle, Washington 98112-4717**
**(206) 550-1900**

Case 09-49455-BDL    Doc 234    Filed 12/01/10    Ent. 12/01/10 15:39:25    Pg. 3 of 3