UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON - TACOMA DIVISION

| In re | Case No. 09-49455-BDL |
|---|---|
| WERNER E. KLEE AND KATHLEEN J. KLEE, | Honorable Brian D. Lynch |
| | **STIPULATION AND ORDER GRANTING ADEQUATE PROTECTION** |
| Debtor(s). | |

This Stipulation and Order Granting Adequate Protection ("**Stipulation**") is entered into by and between the Secured Creditor, Aurora Loan Services, LLC (hereinafter "**Movant**"), and Werner E. Klee and Kathleen J. Klee (hereinafter "**Debtors**") by and through their respective attorneys of record.

The property which is the subject of this matter is commonly known as 129 Anderson Hill Road, Curtis, Washington 98538 ("**Subject Property**"), which is more fully described as follows:

LOT 1 OF LARGE LOT SUBDIVISION NO. LLS-04-0007, RECORDED ON

-1-

PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600

NOVEMBER 30, 2005 UNDER AUDITOR'S FILE NO. 3238585, IN THE WEST HALF OF THE NORTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 31, TOWNSHIP 13 NORTH, RANGE 3 WEST, W.M. TOGETHER WITH AN EASEMENT FOR INGRESS, EGRESS AND UTILITIES OVER THAT CERTAIN 60 FOOT WIDE STRIP AS DELINEATED ON SAID LARGE LOT SUBDIVISION. LEWIS COUNTY, WASHINGTON

**THE PARTIES STIPULATE AS FOLLOWS:**

1. Debtors shall tender to Movant regular monthly payments in the sum of $800.00, commencing November 1, 2011 and continuing on the first day of each month thereafter until the Debtors' Plan is confirmed.

2. During the time this Stipulation is in effect, and in addition to the required monthly payment of $800.00 described in paragraph 1 above, Debtors shall tender to Movant escrow payments for any and all real property taxes and real property and hazard insurance for the Subject Property. Said escrow payments shall be made at the same time as the regular monthly payment required by paragraph 1 commencing on November 1, 2011 and continuing on the first day of each month thereafter until a Termination Event or Sale Event as described herein.

3. In the event of any future default on any of the above-described provisions, inclusive of this Stipulation/Order, Movant shall provide written notice to Debtors at Werner E. Klee PO Box 7, Curtis, WA 98538, and Kathleen J. Klee P.O. Box 7, Curtis, WA 98538, and to Debtors' attorney of record, Joel G. Green, at Joel G Green Attorney at Law, 411 25th Ave E, Seattle, WA 98112-4717, Richard A Paroutaud, Mano McKerricher & Paroutaud Inc PC, PO Box 1123, Chehalis, WA 98532, indicating the nature of the default. If Debtors fail to cure the default after the passage of ten (10) calendar days from the date said written notice is placed in the mail, then Movant may file an Ex Parte Declaration of Non-Cure and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the Automatic Stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Subject Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Subject Property without further order or proceeding of this Court.

4. The acceptance by Movant of a late or partial payment shall not act as a waiver of

PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
-2-

Case 09-49455-BDL    Doc 332    Filed 12/15/11    Ent. 12/15/11 07:35:14    Pg. 2 of 4

Movant's right to proceed hereunder.

5. Movant shall comply with the above provisions as to the first default. Upon the second default, under the above-described provisions, Movant shall immediately be entitled to file an Ex Parte Declaration of Non-Cure and an Order Terminating Automatic Stay with the Court as to Movant. Upon entry of said Order Terminating Automatic Stay, the Automatic Stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Subject Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Subject Property without further order or proceeding of this Court.

6. In the event that Movant is granted relief from the Automatic Stay hereunder, the parties hereby stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

7. In the event Debtors' case is converted to a Chapter 7 preceding, the Automatic Stay shall be terminated without further notice, order, or proceedings of the court. If the Automatic Stay is terminated as a matter of law, the terms of this Order shall immediately cease in effect and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the property and/or against the Debtors.

8. Any notice that Movant shall give to Debtors, or attorney for Debtors, pursuant to this Order shall not be construed as a communication under the Fair Debt Collection Practices Act, 15 U.S.C. §1692.

9. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Subject Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Subject Property and/or against the Debtors.

/././

/././

/././

PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600

-3-

|   |   |
|---|---|
| 1 | 10. The parties agree that a facsimile of a signature to this Stipulation can be treated as |
| 2 | and shall have the same force and effect as an original signature. The parties further agree that this |
| 3 | Stipulation/Order may be executed in counterparts. |
| 4 |   |
| 5 | IT IS SO STIPULATED: |

PITE DUNCAN, LLP

Dated: 12/7/2011                /s/Jesse A. P. Baker
                                JESSE A. P. BAKER
                                Attorneys for AURORA LOAN SERVICES, LLC

DATED: 12/6/11                  _____
                                RICHARD PAROUTAUD
                                Attorneys for Debtors

/// End of Order///

Presented By:

/s/ Jesse Baker
JESSE BAKER WSBA #36077
PITE DUCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600

-4-

PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600

Case 09-49455-BDL    Doc 332    Filed 12/15/11    Ent. 12/15/11 07:35:14    Pg. 4 of 4