**Below is the Order of the Court.**

_____
**Brian D. Lynch
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

_____

# IN THE UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF WASHINGTON - TACOMA DIVISION

| | |
|---|---|
| In re | Case No. 09-49455-BDL |
| WERNER E. KLEE AND KATHLEEN J. KLEE | Chapter 11 |
| Debtor(s). | ORDER ON STIPULATION RE TREATMENT OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT REALATING TO IMPACT SECURED ASSTES CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-3'S CLAIM UNDER DEBTOR'S PROPOSED CHAPTER 11 PLAN OF REORGANIZTION |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT RELATING TO IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-3, | HEARING DATE: May 23, 2012<br>HEARING TIME: 9:00am |
| Movant, | |
| vs. | |
| WERNER E. KLEE AND KATHLEEN J. KLEE, Debtor(s);, Chapter 13 Trustee, | |
| Respondents. | |

- 1 -

The parties having agreed to the terms set forth in the Stipulation RE: Treatement of Deutsche Bank Trust Company Americas as Trustee for Rali 2007QS9's Claim under Debtor's Proposed Chapter 11 Plan of Reorganization filed on May 23, 2012 as Pacer docket 412, are bound by the terms of their stipulation, which shall be the Order of this Court. Movant's Motion for Relief From the Automatic Stay filed as Packer docket 318, in the above-entitled case is hereby resolved via this Stipulation and Order.

///End of Order///

Presented by:

/s/Jesse Baker
JESSE BAKER WSBA #36077
PITE DUNCAN, LLP
4375 Jutland Drive, Ste 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600

- 2 -
Case 09-49455-BDL    Doc 414    Filed 05/30/12    Ent. 05/30/12 11:16:19    Pg. 2 of 2